IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration of Certain Controversies between<br><br>**GETMA INTERNATIONAL,**<br><br>Petitioner,<br><br>and<br><br>**THE REPUBLIC OF GUINEA,**<br><br>Respondent. | Civil Action No. 1:14-cv-01616-RBW<br><br>**DECLARATION OF JEFFREY M. PROKOP IN SUPPORT OF RESPONDENT'S OPPOSITION TO PETITIONER'S PETITION TO CONFIRM AND RESPONDENT'S MOTION TO STAY THIS PROCEEDING** |

JEFFREY M. PROKOP declares the following to be true, pursuant to the provisions of 28 U.S.C. § 1746:

1. I am a member of the Bar of this Court, a partner of the firm Orrick, Herrington & Sutcliffe LLP, and counsel to Respondent The Republic of Guinea ("Guinea") in the above-entitled action. I submit this Declaration in support of Guinea's Opposition to Petitioner Getma International's ("Getma") Petition to Confirm an arbitral award dated April 29, 2014, and in support of Guinea's Motion to Stay This Proceeding.

2. Annexed hereto as Exhibit 1 is a true and correct copy of an English translation of an excerpt of the book "Droit de l'arbitrage dans l'espace OHADA," authored by Paul-Gérard Pougoué, Jean-Maris Tchakoua, and Alain Fénéon, and published by Presses universitaires d'Afrique, Gaoundé in 2000.

1

3.      Annexed hereto as Exhibit 2 is a true and correct copy of an English translation of a decision rendered by the Cour d'Appel de Paris, Pole 1 – Chambre 1 on March 4, 2014 in case number 12/17681.

4.      Annexed hereto as Exhibit 3 is a true and correct copy of an English translation of the article "La notion d'ordre public international dans l'arbitrage OHADA," authored by Kenfack Douajni, and published in Revue Camerounaise de l'Aribtrage, Volume No. 29 April-June 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Washington, D.C. on March 2, 2015.

_____
Jeffrey M. Prokop