# EXHIBIT 7

Dossier d'Appel d'Offres

R-16

# REPUBLIQUE DE GUINEE

## MINISTERE DES TRANSPORTS

---

MISE EN CONCESSION DU TERMINAL A CONTENEURS DU PORT DE CONAKRY, SON EXTENSION ET L'AMENAGEMENT D'UN ESPACE DE LA GARE FERROVIAIRE

Dossier d'Appel d'Offres                    Règlement de la Consultation

# REGLEMENT DE LA CONSULTATION

## Introduction :

L'Etat Guinéen ambitionne de conforter le Port de Conakry dans son rôle de poumon économique et en faire, parallèlement, une plate-forme pour le transbordement et le transit vers les pays de l'hinterland par la mise en œuvre d'un projet de développement des infrastructures portuaires.

Dans ce cadre, le Ministère des Transports de la République de Guinée lance la présente Consultation pour la mise en Concession du terminal à conteneurs, son extension et l'aménagement d'un espace sur la plate-forme de la gare ferroviaire, dénommés ci-après la « Concession ». La dite Concession est régie par les dispositions des lois et règlements applicables en République de Guinée.

## Article 1 :    Objet de la Concession

Par la présente convention, le Gouvernement guinéen à travers le Ministère des Transports concède, le service public de gestion et d'exploitation du terminal à conteneurs du port de Conakry avec pour obligation pour le concessionnaire de procéder à :

> ➢ sa réhabilitation, son équipement et sa maintenance ;

> ➢ son extension, par la construction d'un nouveau quai de 300 mètres de long avec une profondeur de -13 m ZP devant le quai et l'aménagement d'une superficie d'environ 120.000m² ;

> ➢ l'aménagement d'une plateforme de stockage d'environ 11.000m² au niveau de la gare ferroviaire.

## Article 2 : Procédure d'attribution de la Concession

L'attribution de la Concession interviendra selon la procédure ci-après :

1. Appel à manifestation d'intérêt pour l'extension et la mise en Concession du terminal à conteneurs du port de Conakry ;
2. Sélection des candidats admis à présenter une offre ;
3. Lancement de l'Appel d'Offres ;
4. Organisation d'une réunion préparatoire (questions / réponses), d'une visite du site et mise à disposition d'une salle d'information (data room) ;
5. Réception et ouverture des offres par une commission désignée à cet effet ;
6. Analyse et évaluation des offres par la commission ;
7. Classement des offres;
8. Négociation et signature de la convention de Concession.

## Article 3 :    Contenu du dossier d'appel d'offres

Le dossier d'appel d'offres comprend les documents ci-après :

Dossier d'Appel d'Offres                                    Règlement de la Consultation

- le règlement de la Consultation
- le cahier des charges
- le projet de convention
- les annexes (documents, informations complémentaires, plans, etc.)

## Article 4 : Modalités de participation à la Consultation

La présente Consultation est réservée aux candidats sélectionnés suite à l'appel à manifestation d'intérêt. Le terme « Soumissionnaire » utilisé ci-après, s'applique strictement aux candidats sélectionnés.

*Il reste entendu qu'aucun regroupement entre les candidats sélectionnés suite l'appel à manifestation d'intérêt n'est désormais autorisé.*

A l'issue de cette Consultation, il sera retenu un Soumissionnaire possédant les compétences requises et satisfaisant aux critères suivants :

- avoir une expérience dans la conception et la gestion de terminaux à conteneurs en son nom propre et sous sa propre responsabilité (références à fournir) ;
- prouver sa capacité de gestion de Concession de terminaux à conteneurs pendant une période minimum de cinq (5) ans ;
- prouver sa capacité à construire, équiper et exploiter un nouveau terminal à conteneurs.

Le Soumissionnaire retenu devra s'engager à assurer un traitement équitable à toutes les compagnies maritimes desservant le terminal à conteneurs concédé.

Il devra prouver, à travers des précisions données sur sa gestion opérationnelle (les attestations et références faisant foi), que son statut ne compromettra pas la qualité de services offerts aux armements desservant le terminal à conteneurs.

L'offre du Soumissionnaire (entité seule ou groupement de sociétés) devra contenir toutes les pièces et renseignements énumérés ci-dessous :

- l'offre et l'acte d'engagement, pour être retenus, doivent être signés de façon à engager tous les membres du groupement ;
- un des membres du groupement doit être désigné comme mandataire commun et le mandat doit être attesté par la présentation d'un pouvoir délivré par les signataires dûment habilités de chaque membre du groupement. Le mandataire commun doit nécessairement être un opérateur de terminaux à conteneurs ;
- le mandataire commun doit être habilité à assumer les responsabilités et à recevoir les instructions pour le compte et au nom de chaque membre du groupement durant toute la période de la Concession ;
- tous les membres du groupement doivent être responsables, conjointement et solidairement, vis-à-vis du Concédant, de l'exécution de la Concession. Une déclaration à cet effet est incluse dans le mandat mentionné ci-dessus ainsi que dans la soumission ;
- une copie de l'accord du groupement conclu entre ses membres doit être jointe à la soumission.

Dossier d'Appel d'Offres                                          Règlement de la Consultation

## Article 5 : Délai de validité des offres

Le délai de validité des offres est de cent vingt (120) jours à compter de la date limite de dépôt des offres.

Dans des circonstances exceptionnelles, avant l'expiration du délai initial de la validité des offres, le Concédant pourra demander aux Soumissionnaires une prolongation de la date de validité des offres.

Un Soumissionnaire peut refuser de prolonger la durée de validité de son offre, sans perdre sa caution de soumission.

L'acceptation de la prolongation de la validité des offres par un Soumissionnaire n'autorise aucune modification de son offre mais l'oblige à prolonger dans la même proportion la durée de validité de sa caution de soumission.

Une offre dont la validité est inférieure à cent vingt (120) jours sera écartée par la commission de dépouillement et d'évaluation des offres, comme non conforme aux dispositions de l'appel d'offres.

## Article 6 : Date, heure et lieu du dépôt des offres

La date limite de dépôt des offres est fixée au **mardi *15 juillet 2008 à 10 heures 00mn GMT au secrétariat particulier du Directeur Général du Port Autonome de Conakry, BP 805 Conakry.***

Toute offre parvenue après expiration du délai ne sera pas reçue quel que soit le motif évoqué pour justifier ce retard.

## Article 7 : Réunion Préparatoire - Visite des lieux et salle d'information

Une réunion préparatoire suivie de la visite des lieux sera organisée le **Lundi 12 Mai 2008 à 10 Heures locales dans la salle de conférence du Ministère des Transports**. Au cours de cette réunion, il sera communiqué aux Soumissionnaires des informations supplémentaires.

Les Soumissionnaires doivent visiter et inspecter le site du terminal et ses environs. Ils doivent obtenir, par eux mêmes et sous leur propre responsabilité, tous les renseignements nécessaires à la préparation de leurs offres. Cette visite sera sanctionnée par une attestation.

Les coûts liés à la visite du site seront à la charge des Soumissionnaires qui demeurent responsables des accidents, des pertes ou dommages matériels éventuels.

Dans le cadre de la préparation des offres, les Soumissionnaires doivent utiliser les plans et documents divers joints en annexe.

Les Soumissionnaires pourront également consulter des documents dans la salle prévue à cet effet (salle d'information).

Dossier d'Appel d'Offres                                    Règlement de la Consultation

## Article 8 : Renseignements complémentaires sur le dossier d'appel d'offres

Tout Soumissionnaire désirant obtenir des renseignements  sur le dossier d'appel d'offres peut en faire la demande par écrit (voie postale ou électronique) à l'adresse suivante :

Directeur Général du

Port Autonome de Conakry

Corniche nord- commune de Kaloum

BP805 - **CONAKRY**

**REPUBLIQUE DE GUINEE**

**E-Mail :pac@biasy.net**

Le Directeur Général du Port Autonome de Conakry répondra par écrit à toute demande d'éclaircissement reçue au moins quinze (15) jours avant la date limite de dépôt des offres. Une copie de la réponse, indiquant la question posée, sans mention de son auteur, sera adressée à tous les autres Soumissionnaires.

## Article 9 : Modification du dossier d'appel d'offres

A tout moment jusqu'à 15 jours avant la date limite de dépôt des offres fixée au mardi 15 juillet 2008 à 10 heures GMT, le Concédant se réserve le droit de modifier le dossier d'appel d'offres en publiant un supplément. Les Soumissionnaires seront informés des modifications intervenues.

## Article 10 : Contenu des  offres

Chaque offre doit contenir les documents suivants :
- une offre technique ;
- une offre financière.

Les offres technique et financière sont présentées, autant que possible, suivant les modèles  annexés au cahier des charges. A cet effet, les renseignements demandés pourront faire l'objet, au besoin, de renvoi aux documents et pages correspondant à l'offre.

## Article 11 : Offre technique

L'offre technique doit comprendre : le dossier administratif ; la proposition technique ; la proposition de gestion du personnel.

## 11-1 : Dossier administratif

Le dossier administratif comprend :

**Pour les  Sociétés guinéennes**

- une copie des statuts de la société ;

- une attestation de l'inspection du travail datée de moins de trois (3) mois  prouvant que le Soumissionnaire est en règle avec ses obligations relatives aux lois sociales ;

- une attestation de la Caisse Nationale de Sécurité Sociale datée de moins de (3) trois mois prouvant que le Soumissionnaire est en règle avec ses obligations relatives à cet organisme ;
- un quitus fiscal délivré par la Direction Générale des impôts datée de moins de (3) mois prouvant que le Soumissionnaire est en règle avec ses obligations relatives aux lois fiscales ;
- une attestation d'inscription au Registre du Commerce et du Crédit Mobilier (R.C.C.M) ;
- Tout document pouvant aider à l'appréciation administrative de la Société.

**Pour les Sociétés étrangères**

- une copie des statuts ;
- une attestation de non faillite délivrée par l'autorité/ juridiction compétente ou l'organisme habilité du pays du Soumissionnaire.

**Pour tous les Soumissionnaires**

- une Copie des statuts ;
- une présentation générale du Soumissionnaire (raison sociale/siège, représentation(s) à l'étranger, capital social, moyens humains, etc.) ;
- les coordonnées du mandataire qui sera le seul interlocuteur vis-à-vis du Concédant durant toute la procédure de Consultation ;
- l'origine des pouvoirs du mandataire ;
- la structure de l'actionnariat de chaque candidat ou membre du groupement ;
- la lettre de soumission conforme au modèle en annexe ;
- le (s) attestation(s) de la capacité financière établie(s) conformément au modèle en annexe et délivrée(s) par une (des) banque(s) de premier ordre en Guinée ou à l'étranger, certifiant que le candidat a accès aux crédits pour un montant lui permettant d'une part, la prise en charge et l'exploitation du terminal à conteneurs existant et, d'autre part, la réalisation de l'extension du terminal à conteneurs et l'aménagement d'un terre-plein sur la plate-forme de la gare ferroviaire ;
- la caution de soumission de cinq cent mille euros (500.000) conformément au modèle en annexe délivré par une banque de premier ordre en Guinée ou à l'étranger valable pour la durée 135 jours. Les cautions des Soumissionnaires non retenus seront restituées après l'attribution de la convention et celle du Soumissionnaire retenu sera conservée jusqu'à 20 jours après la signature de la convention ;
- Les états financiers certifiés du Soumissionnaire ou de chaque membre du groupement pour les années 2005, 2006, 2007 libellés en français.

Pour les groupements, les éléments ci-après seront précisés :

- le rôle de chaque membre ;
- le schéma général des relations entre les membres du groupement ;
- les antécédents juridiques

- et éventuellement les accords de groupements antérieurs conjoints et solidaires ;

Dans tous les cas les copies des pièces non authentifiées par une autorité compétente ne seront pas acceptées.

## 11.2    La proposition technique

La proposition technique comprendra :

### 11.2.1    Les renseignements techniques

Les renseignements techniques à fournir sont :

- Expériences et références du Soumissionnaire dans la conception, le financement, la réalisation, l'exploitation et la gestion de terminaux à conteneurs ;
- Trafic global consolidé par port et sur l'ensemble des terminaux gérés au nom et sous la responsabilité du Soumissionnaire pour les années 2005, 2006 et 2007 ;
- Présentation des activités et des références du Soumissionnaire dans les domaines de la manutention, de l'exploitation, de l'entretien, de la conception,d u financement et de la réalisation des terminaux à conteneurs indiquant les informations suivantes :
  - o Organisation des parcs à conteneurs ;
  - o Personnes employées (organigramme) ;
  - o Matériel utilisé ;
  - o Système d'information ; .
  - o Sécurité et gestion des marchandises dangereuses.
- Liste des ports pour lesquels la conception, le financement et la réalisation des terminaux ont été assurés par le Soumissionnaire et comprenant les paramètres ci-après :
  - o Capacité des terminaux (nombre de postes à quai, tirant d'eau, linéaire du quai, etc.) ;
  - o Coûts et délai de construction ;
  - o Structure du financement ;
  - o Matériel mis en service et leurs caractéristiques;
  - o Structure du capital des sociétés d'exploitation des terminaux ;
  - o Système d'exploitation de chaque terminal.
- Justification des capacités pour la réalisation de l'étude, de la planification et du suivi des travaux de construction des terminaux à conteneurs ;
- Indication des éventuels partenaires techniques et financiers pour la mise en œuvre de la Concession.

## 11.2.2 : La stratégie commerciale

La proposition de stratégie commerciale du Soumissionnaire doit comprendre :

- une présentation de l'intérêt stratégique du projet pour le Soumissionnaire à travers l'organisation de son réseau, l'amélioration de performances, le développement du marché, le positionnement du Port de Conakry par rapport aux ports concurrents, etc... ;
- une analyse du marché à travers :

- o l'évaluation globale du trafic actuel et potentiel du Port de Conakry ;
- o les tendances de croissance du marché actuel et potentiel ;
- o les marchés cibles.

- une étude de la concurrence traitant de :
  - o l'environnement économique de la concurrence interportuaire dans la sous région;
  - o identification des forces, opportunités, menaces et risques pour le Port de Conakry ;
- une présentation détaillée de sa stratégie commerciale ;
- des propositions spécifiques pour le développement du transit / transbordement et d'autres services à valeur ajoutée ;
- un plan et un échéancier pour la mise en oeuvre de la stratégie projetée ;
- une politique de maîtrise des tarifs ;
- une stratégie pour une meilleure promotion du Port de Conakry.

**11.2.3:     La *consistance des travaux***

### 11.2.3 .1 Sur le Terminal existant

Proposition de prise en charge des travaux de réhabilitation du terminal à conteneurs existant, portant sur les aspects suivants :

- o Revêtement des terre-pleins ;
- o Défenses d'accostage et échelles ;
- o Eclairage du terminal ;
- o Poste de transformation ;
- o Prises pour des conteneurs frigorifiques ;
- o Date de démarrage et délai de réalisation des travaux.

Proposition pour la modernisation des équipements et des matériels de manutention pour le terminal existant avec les informations suivantes :

- o type, quantité et description des équipements et des matériels de manutention à acquérir ;
- o délai d'acquisition à court, moyen, long terme ;
- o définition de la stratégie de maintenance.

Proposition de l'organisation du terminal existant :

- o organigramme et description des rôles et responsabilités de chaque membre de l'équipe de direction ;
- o organisation de la manutention bord et terre ;
- o organisation du parc à conteneurs ;
- o rendement prévu.

### 11.2.3.2     Sur l'extension

Proposition de prise en charge des travaux d'extension du terminal à conteneurs existant portant sur les aspects suivants :

- o type du mur de quai ;
- o équipements pour le mur de quai ;
- o revêtement des terre-pleins ;
- o adduction d'eau, assainissement ;
- o éclairages ;
- o alimentation en énergie électrique ;
- o clôture et accès ;

- o date de démarrage ;
- o délai de réalisation en conformité avec le plan d'investissement prévu dans le cahier des charges

**Proposition pour les équipements et matériels de manutention pour l'extension du terminal existant avec les informations suivantes:**

- o type, quantité et description des équipements et des matériels de manutention à acquérir ;
- o délai d'acquisition à court, moyen, long terme ;
- o définition de la stratégie de maintenance.

**Proposition de l'organisation:**

- o organigramme et description des rôles et responsabilités de chaque membre de l'équipe de direction ;
- o organisation de la manutention bord et terre ;
- o organisation du parc à conteneurs ;
- o rendement prévu.

**Systèmes d'information permettant de faciliter l'exploitation efficace du terminal concédé.**

Le Soumissionnaire doit s'engager dès le départ à s'impliquer dans la définition, la mise en œuvre et le financement d'une informatique communautaire.

## 11.2.3.3 : Sur la plateforme de la gare ferroviaire

Toutes les Informations sur la conception technique, le délai d'exécution, les coûts prévus et la gestion du terre-plein sur la plate-forme de la gare ferroviaire.

## 11.2.4 : L'équipe de projet :

Présentation d'un organigramme du personnel d'encadrement et de supervision des travaux de mise en œuvre de la Concession (CV à joindre).

## 11.2.5 : Projet de structure du capital de la société d'exploitation

Le Soumissionnaire doit préciser la structure du capital de la société d'exploitation de la Concession en tenant compte des prescriptions du cahier des charges et du projet de convention.

## 11.2.6 Eventuel intérêt dans une autre composante d'activités du Port de Conakry :

Le Soumissionnaire doit préciser son éventuel intérêt dans une autre composante permettant le développement d'activités au Port de Conakry.

## 11.2.7 : Les schémas et plans d'aménagement

Le Soumissionnaire doit joindre à son offre :

- les plans détaillés d'aménagement de l'ensemble du Terminal à conteneurs (existant et extension) ;
- les plans d'aménagement pour le terre-plein de la plate-forme de la gare ferroviaire.

## 11.3 Proposition de gestion du personnel

Le Soumissionnaire doit exposer sa politique sociale et les moyens humains qu'il compte déployer conformément aux dispositions du cahier des charges.

## Article 12 : l'offre financière

L'offre financière doit comprendre les éléments suivants :

- Les états financiers certifiés des années 2005, 2006, 2007 d'exploitation de terminaux à conteneurs exclusivement ;
- L'engagement du Soumissionnaire, conformément au modèle de soumission joint en annexe du cahier des charges, à financer les travaux et équipements suivants :
  - o les travaux de réhabilitation du terminal à conteneurs existant ;
  - o la modernisation des équipements de manutention pour le terminal à conteneurs existant ;
  - o l'aménagement d'un terre-plein de 11.000 m$^2$ sur la plate-forme de la gare ferroviaire, y compris l'équipement nécessaire ;
  - o les travaux d'extension du terminal à conteneurs avec un poste à quai de 300 m de long et une profondeur de 13,0 m devant le quai, y compris 12 ha de terre-plein ;
  - o l'équipement moderne pour l'extension (portiques, grues mobiles, etc....) ;
  - o Les montants prévisionnels qui seront investis ;
  - o Les dates de démarrage et de fin des travaux ;
  - o Les cadences moyennes pour la manutention des conteneurs ;
  - o Les montants à payer au Concédant.
- Les références en matière de financement de projets portuaires similaires (attestations de service délivrées par les Maîtres d'Ouvrage à produire) ;
- Une description du mode de financement envisagé précisant la part des fonds propres et des emprunts ;
- Le Soumissionnaire doit :
  - o préciser, pour chaque volet, le plan de financement des équipements et des travaux sous sa responsabilité ;
  - o s'engager à indemniser le Concédant pour les pertes d'exploitation qui résulteraient de tout retard qui lui serait imputable dans la réalisation des travaux ;

Dossier d'Appel d'Offres                              Règlement de la Consultation

o fournir un calendrier prévisionnel de mise en exploitation des différentes composantes de la Concession ainsi que les capacités d'accueil ;

o préciser la structuration de son offre financière et ses avantages pour le Concédant (plan d'investissement détaillé, revenus générés, tarifs envisagés, etc.) ;

o présenter un programme d'investissement ferme sur cinq ans, un programme complémentaire et un programme conditionnel sur les années suivantes par tranches de cinq (5) ans ;

o fournir une copie électronique sous format Excel du modèle financier et des projections financières (business plan), sur la base de trois scenarii (hypothèse faible, moyenne, forte). Les projections financières doivent être établies sur cinq ans et inclure obligatoirement l'ensemble des engagements pris par le Soumissionnaire.

Les conditions de révision des redevances sont fixées par le cahier des charges.

## Article 13 : Présentation et dépôt des offres

Le Soumissionnaire doit placer l'original et cinq copies de l'offre technique dans une enveloppe cachetée portant clairement la mention « offre technique ».

De même, l'original et cinq copies de l'offre financière sont placés dans une enveloppe cachetée portant clairement la mention « offre financière » suivie de l'avertissement « Ne pas ouvrir en même temps que l'offre technique ». Une offre financière non présentée dans une enveloppe séparée portant les mentions ci-dessus stipulées peut être rejetée.

Le Soumissionnaire place ensuite ces deux enveloppes dans une même enveloppe extérieure ne portant que la mention « CONSULTATION POUR LA MISE EN CONCESSION DU TERMINAL A CONTENEURS DU PORT DE CONAKRY, SON EXTENSION ET L'AMENAGEMENT D'UN ESPACE DE LA GARE FERROVIAIRE» suivie de l'avertissement « A ouvrir seulement en séance publique d'ouverture des offres ».

Toute enveloppe portant des indices permettant d'identifier son expéditeur pourrait être rejetée.

Les offres doivent être envoyés à l'adresse indiquée ci-dessous

Direction Générale du

Port Autonome de Conakry

Corniche nord- commune de Kaloum

BP805 CONAKRY

REPUBLIQUE DE GUINEE

**L'offre ne contiendra aucune mention interligne, rature ou surcharge**

Dossier d'Appel d'Offres                          Règlement de la Consultation

### Article 14 : Langue des offres

Les correspondances et tous autres documents concernant la soumission échangés entre le Soumissionnaire et le Concédant seront rédigés en Français.

Les documents complémentaires et les impressions fournies par le Soumissionnaire peuvent être rédigés dans une autre langue à condition qu'ils soient accompagnés d'une traduction certifiée en français des passages concernant l'offre.

### Article 15 : Ouverture des plis –Evaluation des offres

**15.1** Les plis seront ouverts le **mardi 15 Juillet 2008** à 12 heures GMT dans la salle de conférences du Port Autonome de Conakry en présence des Soumissionnaires qui le souhaitent.

La commission de dépouillement et d'évaluation des offres vérifiera d'abord le caractère anonyme de chaque enveloppe ainsi que la conformité des date et heure de réception. Toute enveloppe arrivée hors délai limite de dépôt sera rejetée immédiatement.

**15.2** La commission procédera à l'ouverture des plis pour constater l'existence de :
- deux offres séparées, une offre technique et une offre financière ;
- un original plus cinq copies de l'offre technique
- tous les éléments constitutifs de l'offre technique tels qu'énumérés dans le présent règlement de la Consultation.

**15.3** Aucune soumission ne sera rejetée lors de cette séance sauf les dossiers déposés après la date limite de dépôt.

**15.4** La commission dressera un procès verbal de la séance d'ouverture qui inclura les informations rendues publiques.

**15.5** La commission aura un délai de quinze (15) jours ouvrables pour faire l'évaluation.

### Article 16 : Détermination de la recevabilité des offres




Immédiatement après l'ouverture de chaque enveloppe extérieure, la commission devra s'assurer que chaque offre est administrativement recevable.

Pour ce faire, elle vérifiera :
- si les pièces demandées dans le dossier d'appel d'offres sont données au complet
- si la caution de soumission est réalisée et a le montant demandé;
- si le Soumissionnaire a produit toutes les pièces prouvant sa qualification et attestant qu'il a la capacité financière et technique nécessaire pour exécuter l'objet de l'appel d'offres ;
- si tous les documents ont été correctement signés, etc.
- vérifiera le caractère anonyme de chaque enveloppe ainsi que la conformité des date et heure de réception.

Sera rejetée toute offre qui n'est pas complète pour l'essentiel, vis-à-vis des exigences du dossier d'appel d'offres notamment par l'absence de caution de soumission et

l'absence des pièces prouvant la capacité technique et financière pour exécuter l'objet de l'appel d'offres.

Avant de procéder à l'évaluation des offres, la commission vérifiera que chaque offre :

- est dûment signée ;

- est accompagnée des garanties requises et conformes aux conditions fixées dans le dossier d'appel d'offres ;

- présente toute précision et /ou justification que le Concédant peut exiger pour déterminer sa conformité.

Une offre conforme au dossier d'appel d'offres est celle qui respecte tous les termes, conditions et spécifications dudit dossier sans divergence ni réserve importante

Une divergence ou réserve importante est celle qui :

- affecte sensiblement l'étendue des obligations du Soumissionnaire ;

- limite sensiblement les droits du Concédant ;

- est en contradiction avec le dossier d'appel d'offres ;

- dont la rectification affecterait injustement la compétitivité des autres Soumissionnaires qui ont présenté des offres conformes audit dossier.

La commission se prononcera sur la recevabilité des offres.

## Article 17 : Evaluation comparaison et classement des offres

L'évaluation,la comparaison et le classement des seules offres reconnues conformes (critères de qualification satisfaits) seront menées suivant les critères d'évaluation fixés ci-dessous :

### Evaluation de l'offre technique

| | CRITERES | points |
|---|---|---|
| a | Dossier administratif | 10 |
| b | Proposition technique | 15 |
| c | Stratégie commerciale | 10 |
| d | Consistance des travaux | 40 |
| e | Equipe du projet | 5 |
| f | Projet de structure du capital de la société d'exploitation | 5 |
| g | Intérêt pour d'autres composantes de l'activité du Port de Conakry | 5 |
| h | Schémas et plan d'aménagement | 5 |
| i | Proposition de gestion du personnel | 5 |
| | Total | 100 |

Pour être éligible à l'évaluation financière, le Soumissionnaire doit avoir obtenu **70 points au minimum** à l'issue de l'évaluation technique des offres.

## Evaluation de l'offre financière

| | CRITERES | points |
|---|---|---|
| a | Etats financiers consolidés sur les années 2005, 2006 et 2007 | 5 |
| b | Engagements contenus dans le modèle de soumission | 45 |
| c | Référence de financement de projet similaire | 5 |
| d | Business plan et projection financière | 15 |
| e | Montants des investissements | |
| | Fermes | 20 |
| | Complémentaires | 5 |
| | Conditionnels | 5 |
| | Total | 100 |

## Evaluation finale

La note finale sera obtenue par l'addition des notes technique et financière (Nt et Nf), pondérées comme suit :

$$NF = (Nt \times 0,6) + (Nf \times 0,4)$$

## Article 18 : Détermination de l'offre évaluée la plus performante

L'offre évaluée la plus performante sera celle qui aura obtenu la plus haute note finale.

## Article 19 : Attribution de la Concession

La commission de dépouillement et d'évaluation des offres attribuera provisoirement la Concession au Soumissionnaire jugé qualifié pour exécuter l'objet de l'appel d'offres de façon satisfaisante et qui aura obtenu la plus haute note finale.

Des négociations seront engagées avec celui-ci et en cas d'accord, la convention de Concession sera signée avec ce dernier.

A défaut d'accord avec le premier, des négociations seront successivement engagées alors avec les Soumissionnaires classés deuxième, troisième ou quatrième.

## Article 20 : Droit d'annulation de la Consultation

A tout moment avant l'attribution de la Concession, le Concédant se réserve le droit d'annuler la présente Consultation sans encourir une quelconque responsabilité à l'égard des Soumissionnaires.

Dossier d'Appel d'Offres                Règlement de la Consultation

## TABLE DES MATIERES

Introduction : ...................................................................................................................3
Article 1 :Objet de la Concession...................................................................................3
Article 2 : Procédure d'attribution de la Concession ......................................................3
Article 3 :Contenu du dossier d'appel d'offres ...............................................................3
Article 4 : Modalités de participation à la Consultation ..................................................4
Article 5 : Délai de validité des offres.............................................................................5
Article 6 : Date, heure et lieu du dépôt des offres..........................................................5
Article 7 : Réunion Préparatoire - Visite des lieux et salle d'information.........................5
Article 8 : Renseignements complémentaires sur le dossier d'appel d'offres.................6
Article 9 : Modification du dossier d'appel d'offres..........................................................6
Article 10 : Contenu des  offres .....................................................................................6
Article 11 : Offre technique ............................................................................................6
Article 12 : l'offre  financière .......................................................................................11
Article 13 : Présentation  et dépôt des offres...............................................................12
Article 14 : Langue des offres ......................................................................................13
Article  15 : Ouverture des plis –Evaluation des offres ................................................13
Article 16 : Détermination de la recevabilité  des offres...............................................13
Article 17 : Evaluation comparaison et classement des offres .....................................14
Article 18 : Détermination de l'offre évaluée la plus performante .................................15
Article 19 : Attribution de la Concession ......................................................................15
Article 20 : Droit d'annulation de la Consultation .........................................................15

# Translation

Translation of Excerpts from "Règlement de l'appel d'offre pour la mise en concession du Terminal"

Call for Tenders                                             Tender Rules

**R-16**

[handwritten: DST]

# REPUBLIC OF GUINEA

———

## MINISTRY OF TRANSPORTATION

——

AWARD OF A CONCESSION FOR THE CONTAINER TERMINAL OF THE PORT OF CONAKRY, ITS EXTENSION AND THE DEVELOPMENT OF SPACE AT THE TRAIN STATION

[...]

**Article 5: Term of Validity of Bids**

Bids are valid for one hundred twenty (120) days as from the last date for submitting bids.

Under exceptional circumstances, prior to the expiration of the initial term of validity of the bids, the Grantor of the Concession may ask the Bidders to extend the term of validity of their bids.

A Bidder may refuse to extend the term of validity of its offer without losing its bid bond.

A Bidder's agreement to extend the validity of its bid does not authorize any modification of the bid, but requires the Bidder to proportionately extend the term of validity of its bid bond.

A bid with a term of validity of less than one hundred twenty (120) days will be rejected by the bid evaluation commission for failure to comply with the terms of the call for tenders.

[...]

[…]

### Article 16: Determination of the Admissibility of Bids

Immediately after each exterior envelope is opened, the commission shall ensure that each bid is admissible from an administrative perspective.

To do so, it shall verify:

- whether the items requested in the call for tenders have been provided in full;

- whether the bid bond has been provided, and for the amount requested;

- whether the Bidder has produced all documentation proving its qualifications and attesting that it has the financial and technical capacity necessary to perform the object of the call for tenders;

- whether all documents have been properly signed, etc.

- shall verify the anonymity of each envelope, as well as compliance of the date and time of receipt.

Any bid that is not complete in all essentials with respect to the requirements of the call for tenders, in particular due to the absence of a bid bond or

the absence of documentation proving technical and financial capacity to perform the object of the call for tenders, will be rejected.

Before proceeding with its evaluation of the bids, the commission shall verify that each bid:

- is duly signed;

- is accompanied by the required bonds and complies with the conditions set forth in the call for tenders;

- provides any clarification and/or documentation that the Grantor may require in order to determine compliance.

A bid is in compliance with the call for tenders if it complies with all terms, conditions and specifications in the call for tenders, without significant exceptions or reservations.

A significant exception or reservation is one that:

- materially affects the extent of the Bidder's obligations;

- materially limits the rights of the Grantor;

- is in contradiction with the call for tenders;

- and the rectification of which would unjustly affect the competitiveness of the other Bidders having presented Bids in compliance with the call for tenders.

The commission will make a determination as to the admissibility of bids.

[...]

**Certification**

**Jennifer Bader**
**ATA Certified Translator FR>EN**
**CLASS Translations, LLC**
**3305 Labyrinth Road**
**Baltimore, MD 21215**
**1-443-739-7823**

CERTIFICATE OF ACCURACY

I, Jennifer Bader, hereby certify that I translated the documents listed in <u>Annex A</u> attached hereto from French into English and that, to the best of my ability, they are true and correct translations. I further certify that I am competent in both French and English to render and certify such translations.

*Jennifer Bader*
Jennifer Bader

*Victoria Denise Byrne*
Notary Public

march, 02, 2015

VICTORIA DENISE BYRNE
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires July 28, 2018

## Annex A

## List of Documents

Email from CCJA to Tribunal dated May 19, 2014

Minutes from the PAC December 31, 2009 and January 2, 2009 Meeting

Getma Financial Offer

July 23 2014 Petition to Challenge Validity

Minutes from the initial arbitral proceeding dated March 12, 2012

Transcript from the July 8, 2013 hearing

Letter from Guinea's counsel to the Tribunal dated November 4, 2013

Complaint against named persons on counts of corruption and influence peddling

Letter from Guinea's counsel to the Tribunal dated December 14, 2013

Witness statement of Mr. Demba Kourouma

Witness statement of Mr. Ibrahima Laminzana Conde

Tribunal Procedural Order dated November 7, 2013

Tribunal Procedural Order dated December 2, 2013

Letter from Guinea's counsel to Getma's counsel dated December 16, 2013

Transcript from December 16, 2013 hearing

Tribunal Procedural Order dated January 8, 2014

Letter from Guinea's counsel to the Tribunal dated January 15, 2014

Letter from the Tribunal to the Parties dated March 17, 2014

CCJA Decision dated October 3, 2013

Transcript of May 27, 2013 hearing

Letter from the Tribunal to the CCJA dated June 3, 2014

Email from the CCJA to the Tribunal dated May 19, 2014

Letter from the Tribunal to the Parties dated April 22, 2013

Email from the Tribunal to the Parties dated May 6, 2013

Letter from the Tribunal to the Parties dated May 10, 2013

Email from the Tribunal to the Parties dated May 23, 2013

Email from the Tribunal to Guinea's counsel dated June 25, 2013

Email from Guinea's counsel to the Tribunal dated June 28, 2013

CCJA Decision dated August 1, 2013

Letter from the Tribunal to the Parties dated April 30, 2014

Letter from the CCJA to Mr. Fischer dated May 20, 2014

Letter from Getma's counsel to the CCJA dated May 23, 2014

CCJA Decision dated March 12, 1999

Witness statement of Mr. Sory Camara

Letter from Getma's counsel to the tribunal dated May 30, 2013

Email from the Tribunal to Guinea's counsel dated September 5, 2013

Email from Mr. Fischer to the Tribunal dated September 6, 2013

Composition of the CCJA

Excerpt from Call for Tenders for the Award of a Concession for the Container Terminal of the Port of Conakry

Decision of the Paris Court of Appeals dated March 4, 2014

P.-G. Pougoué, Arbitration in the OHADA Zone

G. Kenfack Douajni, The Notion of International Public Policy in OHADA Arbitration