# **EXHIBIT 33**

**GETMA INTERNATIONAL**

**c. /**

**ETAT GUINEEN**

**CCJA (OHADA) n° 001/2011/ARB**

## ORDONNANCE DE PROCEDURE N° 8

1. LA République de Guinée a demandé, par lettre du 4 novembre 2013, une audience (ou une conférence téléphonique) pour introduire, pour la première fois depuis le début de cet arbitrage, des documents nominatifs et chiffrés prétendument démonstratifs de corruption lors de l'attribution à GETMA de la Concession du T.A.C. du port de Conakry. Elle a également demandé que ces documents demeurent confidentiels et que la délibération soit suspendue.

2. GETMA s'élève contre la démarche mais elle accepte une audience pourvu que les pièces soient communiquées antérieurement à l'audience.

3. Le Tribunal regrette le caractère tardif de la démarche de la République de Guinée et souhaite qu'elle ne retarde pas, de manière disproportionnée, le prononcé de la sentence.

Le Tribunal a également le souci du respect du contradictoire et des droits de la défense de GETMA.

4. En conséquence, le Tribunal, après en avoir délibéré, décide ce qui suit :
   - la République de Guinée communiquera au plus tard le 14 novembre 2013 les pièces qu'elle entend produire à GETMA, accompagnées d'un commentaire ;
   - GETMA a un délai jusqu'au 29 novembre 2013 pour répondre aux pièces et commentaire de la République de Guinée ;
   - le Tribunal, au vu de cet échange, décidera de l'opportunité de la tenue d'une audience limitée à cet échange ;
   - compte tenu de la nature et de l'éventuelle implication pénale des pièces annoncées, le Tribunal ne pourra statuer sur leur confidentialité qu'après leur communication et après avoir consulté les parties ; jusque-là, elles demeurent confidentielles à titre provisoire ;
   - aucune pièce autre que relative à l'échange susvisé ne pourra être produite sans autorisation préalable du Tribunal

Lieu de l'arbitrage, Abidjan, Côte d'Ivoire,
Le 7 novembre 2013.

Pour le Tribunal Arbitral
Le Président

Ibrahim FADLALLAH

# Translation

<u>Translation of "Ordonnance de Procdure n8 du 7.11.13"</u>

---

**GETMA INTERNATIONAL**

**v.**

**STATE OF GUINEA**

**CCJA (OHADA) No. 001/2011/ARB**

---

**PROCEDURAL ORDER NO. 8**

1. By letter dated 4 November 2013, the Republic of Guinea requested a hearing (or a conference call) to introduce, for the first time since the beginning of this arbitration, documents containing names and figures purportedly showing corruption in awarding Getma the container terminal concession at the Port of Conakry. The Republic of Guinea also asked that such documents remain confidential and that the proceedings be suspended.

2. GETMA objects to this approach, but it agrees to a hearing, provided that the exhibits are produced prior to the hearing.

3. The Tribunal regrets the lateness of the Republic of Guinea's request and desires not to unreasonably delay rendering the award.

The Tribunal is also mindful of the need to respect the principle that the parties have the right to be present and heard (*principe du contradictoire*) as well as GETMA's right to defend itself.

4. As a result, the Tribunal, after deliberating, decides as follows:
   - By 14 November 2013, the Republic of Guinea will transmit the exhibits that it intends to produce to GETMA, accompanied by commentary;
   - GETMA will have until 29 November 2013 to respond to the exhibits and the Republic of Guinea's commentary;
   - The Tribunal, in the light of this exchange, will decide whether to hold a hearing limited to discussing this exchange;
   - Given the nature and the potential criminal implications of the exhibits announced, the Tribunal can rule on their confidentiality only after they have been transmitted and the parties have been consulted; until then, they will remain provisionally confidential;
   - No exhibit other than those relating to the exchange referred to above may be produced without the prior authorization of the Tribunal.

Arbitration site, Abidjan, Côte d'Ivoire
7 November 2013.

                                                                 For the Arbitral Tribunal
                                                                      The President

                                                                               [Signature]

                                                                      Ibrahim FADLALLAH

# Certification

**Jennifer Bader**
**ATA Certified Translator FR>EN**
**CLASS Translations, LLC**
**3305 Labyrinth Road**
**Baltimore, MD 21215**
**1-443-739-7823**

CERTIFICATE OF ACCURACY

I, Jennifer Bader, hereby certify that I translated the documents listed in <u>Annex A</u> attached hereto from French into English and that, to the best of my ability, they are true and correct translations. I further certify that I am competent in both French and English to render and certify such translations.

*Jennifer Bader* (signature)
Jennifer Bader

*Victoria Denise Byrne* (signature)
Notary Public
march 02, 2015

VICTORIA DENISE BYRNE
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires July 28, 2018

## Annex A

## List of Documents

Email from CCJA to Tribunal dated May 19, 2014

Minutes from the PAC December 31, 2009 and January 2, 2009 Meeting

Getma Financial Offer

July 23 2014 Petition to Challenge Validity

Minutes from the initial arbitral proceeding dated March 12, 2012

Transcript from the July 8, 2013 hearing

Letter from Guinea's counsel to the Tribunal dated November 4, 2013

Complaint against named persons on counts of corruption and influence peddling

Letter from Guinea's counsel to the Tribunal dated December 14, 2013

Witness statement of Mr. Demba Kourouma

Witness statement of Mr. Ibrahima Laminzana Conde

Tribunal Procedural Order dated November 7, 2013

Tribunal Procedural Order dated December 2, 2013

Letter from Guinea's counsel to Getma's counsel dated December 16, 2013

Transcript from December 16, 2013 hearing

Tribunal Procedural Order dated January 8, 2014

Letter from Guinea's counsel to the Tribunal dated January 15, 2014

Letter from the Tribunal to the Parties dated March 17, 2014

CCJA Decision dated October 3, 2013

Transcript of May 27, 2013 hearing

Letter from the Tribunal to the CCJA dated June 3, 2014

Email from the CCJA to the Tribunal dated May 19, 2014

Letter from the Tribunal to the Parties dated April 22, 2013

Email from the Tribunal to the Parties dated May 6, 2013

Letter from the Tribunal to the Parties dated May 10, 2013

Email from the Tribunal to the Parties dated May 23, 2013

Email from the Tribunal to Guinea's counsel dated June 25, 2013

Email from Guinea's counsel to the Tribunal dated June 28, 2013

CCJA Decision dated August 1, 2013

Letter from the Tribunal to the Parties dated April 30, 2014

Letter from the CCJA to Mr. Fischer dated May 20, 2014

Letter from Getma's counsel to the CCJA dated May 23, 2014

CCJA Decision dated March 12, 1999

Witness statement of Mr. Sory Camara

Letter from Getma's counsel to the tribunal dated May 30, 2013

Email from the Tribunal to Guinea's counsel dated September 5, 2013

Email from Mr. Fischer to the Tribunal dated September 6, 2013

Composition of the CCJA

Excerpt from Call for Tenders for the Award of a Concession for the Container Terminal of the Port of Conakry

Decision of the Paris Court of Appeals dated March 4, 2014

P.-G. Pougoué, Arbitration in the OHADA Zone

G. Kenfack Douajni, The Notion of International Public Policy in OHADA Arbitration