# **EXHIBIT 34**

I, Steven Fox, Chief Executive Officer of Veracity Worldwide LLC, learned of the following information which I believe to be true and correct. The information provided below was obtained from a combination of sources who had both direct and indirect knowledge of the events described. This statement covers only events related to the awarding of the concession for the Port of Conakry in 2008.

I have worked as a consultant focused on emerging markets, especially in Africa, with a particular focus on the mining sector since 2005. I have conducted investigations in Guinea since 2005. Prior to my work in this field, I served as a U.S. diplomat. I am considered to be an expert on anti-corruption matters. Veracity Worldwide LLC has completed more than 850 assignments, including numerous complex anti-corruption investigations.

### PORT OF CONAKRY CONCESSION: 2008

Mr. Richard Talbot, in collaboration with Mr. Gamall Challoub, together paid bribes to multiple Guinean officials in order to secure the concession to manage, maintain, extend, and equip the Conakry container terminal in 2008.

Background and context:

- Talbot was the founder and CEO of NCT Necotrans. Getma International (Getma) is a subsidiary of NCT Necotrans.
- Challoub is the managing director of freight and logistics company TRANSCO S.A. (TRANSCO). TRANSCO was created in 1987 by the Challoub family.
- Talbot and Challoub, through Getma and TRANSCO, formed a joint venture, Société du Terminal à Conteneurs de Conakry (STCC).

Efforts to secure the concession:

- Challoub created a support group to ensure the success of Getma's bid for the port concession that included influential individuals who were not serving in government at the time of the bid.
- Members of this support group were close to Prime Minister Dr. Ahmed Souaré. These influential figures also had a key contact in the government, Minister of Transport Mohamed Cheickh Touré.
- Getma was provisionally awarded the concession on 27 August 2008.
- Mr. Mamadou Bah Sankhon, the General Manager of the Port of Conakry who was apparently excluded from the negotiations with Getma lobbied for a review (audit) of the draft agreement to be undertaken. This task was given to FFA Ernst & Young and the conclusion of their audit was in favor of a complete renegotiation.
- However, approximately one week later, the team of supporters around Challoub succeeded in convincing key decision-makers to instruct Transport Minister Touré and Finance Minister Ousmane Doré to sign the convention with Getma on 22 September 2008.

The following payments were allegedly made to the individuals named below in exchange for their assistance in awarding Getma the requisite port concession:

- Talbot provided Challoub with a budget totaling EUR2.5 million (US$3.3 million) with funds from a Zug, Switzerland-based account.
- Minister of Transport Touré received US$1 million.
- Minister of Finance Doré received US$200,000.
- Six of the eight members of the technical team, the "Commission d'evaluation," received US$600,000 total, or US$100,000 each. The six were:
    - Ansoumane Camara
    - Demba Kourouma
    - Ibrahima Lamizana Condé
    - Saifoulaye Barry
    - Mohamed C. Fofana
    - Mamadou Diallo
- The two port representatives on the commission were allegedly excluded from any payments made by Talbot and Challoub. They were:
    - Sory Camara
    - Morlaye Camara
- The remaining amount of US$1.5 million was distributed to others, including influential individuals who were not serving in government at the time.

Signed,

Steven B. Fox
CEO
Veracity Worldwide LLC

**TRADUCTION DE LA DÉCLARATION DE MONSIEUR STEVEN FOX**

Je soussigné, Steven Fox, Directeur Général de la société Veracity Worldwilde LLC, déclare que les informations dont j'ai eu connaissance sont véridiques et exactes. Les informations exposées ci-dessous ont été obtenues à partir d'une combinaison de sources qui avaient une connaissance directe et indirecte des faits décrits. Cette déclaration couvre seulement les événements liés à l'octroi de la concession du Port de Conakry en 2008.

J'ai travaillé en tant que consultant dans le domaine des marchés émergents, en particulier en Afrique, en me concentrant particulièrement sur le secteur minier depuis 2005. J'ai mené des investigations en Guinée depuis 2005. J'ai travaillé avant cela en tant que diplomate américain. Je suis considéré comme un spécialiste des questions relatives à la lutte contre la corruption. Veracity Worldwilde LLC a effectuée plus de 850 missions, incluant de nombreuses investigations complexes dans le domaine de la lutte contre la corruption.

**CONCESSION DU PORT DE CONAKRY : 2008**

Monsieur Richard Talbot, en collaboration avec Monsieur Gamall Challoub ont ensemble payé de nombreux fonctionnaires guinéens pour obtenir la concession relative à la gestion, à l'entretien, à l'extension et à l'équipement du terminal à conteneur de Conakry en 2008.

Historique et contexte :

- Talbot était le fondateur et le Président Directeur Général de NCT Necotrans. Getma International (Getma) est une filiale de NCT Necotrans.
- Challoub est le Directeur Général de la société de transport et de logistique TRANSCO S.A. (TRANSCO). TRANSCO a été créée en 1987 par la famille Challoub.
- A travers Getma et TRANSCO, Talbot et Challoub ont créé une entreprise commune, Société du Terminal à Conteneurs de Conakry (STCC).

Moyens mis en œuvre pour obtenir la concession :

- Afin d'assurer le succès de la soumission de Getma à l'appel d'offre de la concession du port, Challoub a mis en place un groupe de soutien qui incluait des personnes influentes qui n'étaient pas membres du gouvernement au moment de l'appel d'offres.
- Les membres de ce groupe de soutien étaient proches du Premier Ministre Docteur Ahmed Souaré. Ces figures influentes avaient également un contact clé dans le gouvernement, le Ministre de Transports, Mohamed Cheickh Touré.
- Getma a été déclarée adjudicataire provisoire de la concession le 27 août 2008.
- Monsieur Mamadou Bah Sankhon, le Directeur Général du Port de Conakry, qui était apparemment exclu des négociations avec Getma a insisté pour que le projet de contrat

- fasse l'objet d'un audit. Cette mission a été confiée à FFA Ernst & Young dont l'audit a conclu en faveur d'une renégociation complète.
- Toutefois, environ une semaine plus tard, l'équipe de soutien de Challoub a réussi à convaincre les décideurs clé de donner instruction au Ministre des Transports Touré et au Ministre des Finances Ousmane Doré de signer la convention avec Getma le 22 septembre 2008.

Les paiements suivants auraient été versés aux personnes dont le nom est mentionné ci-dessous en échange de leur assistance pour l'octroi à Getma de la concession portuaire recherchée:

- Talbot a fourni à Challoub un budget d'un montant total de 2.5 millions d'euros (3.3 millions $US) avec des fonds provenant d'un compte ouvert à Zoug, en Suisse.
- Le Ministre des Transport Touré a reçu 1 million $US.
- Le Ministre des Finances Doré a reçu 200 000 $US.
- Six des huit membres de l'équipe technique, la « Commission d'évaluation », ont reçu un total de 600 000 $US, ou 100 000 $US chacun. Ces six personnes sont :
    - Ansoumane Camara
    - Demba Kourouma
    - Ibrahima Lamizana Condé
    - Saifoulaye Barry
    - Mohamed C. Fofana
    - Mamadou Diallo
- Les deux représentants du port dans la commission auraient été exclus de tout paiement effectué par Talbot et Challoub. Il s'agissait de :
    - Sory Camara
    - Morlaye Camara
- La somme restante d'un montant de 1,5 million $US a été distribuée à d'autres personnes, incluant des personnes influentes qui n'étaient pas membres du gouvernement à cette époque.


Steven Fox

Directeur Général

Veracity Worldwilde LLC