# **EXHIBIT 39**

**From:** Jaeger, Laurent
**Sent:** samedi 14 décembre 2013 3:38
**To:** Ibrahim Fadlallah
**Cc:** eric.teynier@teynier.com; jac@jacremades.com; 'Elisabeth Mahé'; 'Cedric FISCHER'; 'Tiago Duarte'; 'José-Miguel Júdice'; 'Tristan DUPRE DE PUGET'; rodensi@yahoo.fr; cabmstavocat@yahoo.fr; assie_ccja@yahoo.fr; Agboyibor, Pascal; Sellem, Romain; Bizard, Agnès
**Subject:** RE: Getma International c/ République de Guinée (aff n°001/2011/ARB)

Monsieur le Président, Messieurs les Arbitres,

Nous informons le Tribunal de ce que, dans le cadre de l'enquête pénale qui a été ouverte en Guinée à la suite des investigations de M. Steven Fox, les autorités judiciaires de la République de Guinée ont fait établir deux attestations, respectivement par Monsieur Ibrahima Lamizana Condé et Monsieur Demba Kourouma, qui étaient membres de la Commission d'évaluation des offres chargée de sélectionner le futur concessionaire du terminal à containers en 2008.

Ces attestations, qui sont datées du 13 décembre 2013, constituent des éléments de preuve importants relativement aux faits de corruption mis à jour par Monsieur Fox.

Nous souhaitons que les conditions dans lesquelles ces pièces nouvelles pourront être produites aux débats soient examinées à l'audience du 16 décembre 2013.

Veuillez agréer nos respectueuses salutations.

**LAURENT JAEGER**

**ORRICK RAMBAUD MARTEL**
SOCIÉTÉ D'AVOCATS
31, AVENUE PIERRE 1ER DE SERBIE
75782 PARIS CEDEX 16
FRANCE

*tel* +33 1 53 53 75 00
*fax* +33 1 53 53 75 01
ljaeger@orrick.com

www.orrick.com

# Translation

Translation of "Courriel des Conseils de la Rpublique de Guinea au Tribunal Arbitral du 14.12.13"

**From:** Jaeger, Laurent
**Sent:** Saturday 14 December 2013 3:38
To: Ibrahim Fadlallah
Cc: eric.teynier@teynier.com; iac@iacremades.com; 'Elisabeth Mahe'; 'Cedric FISCHER'; 'Tiago Duarte'; 'Jose-Miguel Judice'; 'Tristan DUPRE DE PUGET; rodensi@yahoo.fr; cabmstavocat@yahoo.fr; assie ccja@yahoo.fr; Agboyibor, Pascal; Sellem, Romain; Bizard, Agnes
**Subject:** RE: Getma International v. Republic of Guinea (Matter No. 011/2011/ARB)

Dear Sirs:

We wish to inform the Tribunal, in connection with the criminal investigation that was opened in Guinea following Mr. Steven Fox's investigation, that the judicial authorities of the Republic of Guinea have had two witness statements prepared, by Mr. Ibrahima Lamizana Condé and Mr. Demba Kourouma, respectively, who were members of the Bid Evaluation Commission charged with selecting the future container terminal concessionaire in 2008.

These witness statements, which are dated 13 December 2013, constitute important evidence with respect to the acts of corruption that Mr. Fox uncovered.

We would like to examine how these new documents might be entered into evidence at the hearing on 16 December 2013.

Sincerely,


**LAURENT JAEGER**

**ORRICK RAMBAUD MARTEL**
**LAW FIRM**
**31, AVENUE PIERRE 1ER DE SERBIE**
**75782 PARIS CEDEX 16**
**FRANCE**

*Tel* +33 1 53 53 75 00
*fax* +33 1 53 53 75 01
ljaeger@orrick.com
www.orrick.com

# Certification

**Jennifer Bader**
**ATA Certified Translator FR>EN**
**CLASS Translations, LLC**
**3305 Labyrinth Road**
**Baltimore, MD 21215**
**1-443-739-7823**

CERTIFICATE OF ACCURACY

I, Jennifer Bader, hereby certify that I translated the documents listed in <u>Annex A</u> attached hereto from French into English and that, to the best of my ability, they are true and correct translations. I further certify that I am competent in both French and English to render and certify such translations.

_Jennifer Bader_
Jennifer Bader


_Victoria Denise Byrne_
Notary Public

VICTORIA DENISE BYRNE
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires July 28, 2018

March 02, 2015

## Annex A

## List of Documents

Email from CCJA to Tribunal dated May 19, 2014

Minutes from the PAC December 31, 2009 and January 2, 2009 Meeting

Getma Financial Offer

July 23 2014 Petition to Challenge Validity

Minutes from the initial arbitral proceeding dated March 12, 2012

Transcript from the July 8, 2013 hearing

Letter from Guinea's counsel to the Tribunal dated November 4, 2013

Complaint against named persons on counts of corruption and influence peddling

Letter from Guinea's counsel to the Tribunal dated December 14, 2013

Witness statement of Mr. Demba Kourouma

Witness statement of Mr. Ibrahima Laminzana Conde

Tribunal Procedural Order dated November 7, 2013

Tribunal Procedural Order dated December 2, 2013

Letter from Guinea's counsel to Getma's counsel dated December 16, 2013

Transcript from December 16, 2013 hearing

Tribunal Procedural Order dated January 8, 2014

Letter from Guinea's counsel to the Tribunal dated January 15, 2014

Letter from the Tribunal to the Parties dated March 17, 2014

CCJA Decision dated October 3, 2013

Transcript of May 27, 2013 hearing

Letter from the Tribunal to the CCJA dated June 3, 2014

Email from the CCJA to the Tribunal dated May 19, 2014

Letter from the Tribunal to the Parties dated April 22, 2013

Email from the Tribunal to the Parties dated May 6, 2013

Letter from the Tribunal to the Parties dated May 10, 2013

Email from the Tribunal to the Parties dated May 23, 2013

Email from the Tribunal to Guinea's counsel dated June 25, 2013

Email from Guinea's counsel to the Tribunal dated June 28, 2013

CCJA Decision dated August 1, 2013

Letter from the Tribunal to the Parties dated April 30, 2014

Letter from the CCJA to Mr. Fischer dated May 20, 2014

Letter from Getma's counsel to the CCJA dated May 23, 2014

CCJA Decision dated March 12, 1999

Witness statement of Mr. Sory Camara

Letter from Getma's counsel to the tribunal dated May 30, 2013

Email from the Tribunal to Guinea's counsel dated September 5, 2013

Email from Mr. Fischer to the Tribunal dated September 6, 2013

Composition of the CCJA

Excerpt from Call for Tenders for the Award of a Concession for the Container Terminal of the Port of Conakry

Decision of the Paris Court of Appeals dated March 4, 2014

P.-G. Pougoué, Arbitration in the OHADA Zone

G. Kenfack Douajni, The Notion of International Public Policy in OHADA Arbitration