# **EXHIBIT 40**



**ORRICK**
RAMBAUD MARTEL

RAMBAUD MARTEL
SOCIETE D'AVOCATS
31, AVENUE PIERRE 1er DE SERBIE
75782 PARIS CEDEX 16
FRANCE

tél +33 (0) 1 53 53 75 00
fax +33 (0) 1 53 53 75 01
WWW.ORRICK.COM

Paris, le 16 décembre 2013

Laurent Jaeger
+33 1 5353 7514
ljaeger@orrick.com

## Lettre Officielle

Par Porteur et Fedex

**Monsieur Cédric Fischer**
**Madame Élisabeth Mahé**
**MonsieurTristan Dupré de Puget**
Fischer Tandeau de Marsac Sur et Associés
Société d'Avocats au Barreau de Paris
67, Boulevard Malesherbes
75008 Paris

**Monsieur José Miguel Judice**
**Monsieur Tiago Duarte**
PLMJ AM Pereira, Saragga Leal
Oliveira Martins, Jucide e Associados
Avenida da Liberdade
224, 1250-148 Lisbonne
Portugal

**Réf.:** <u>Getma International c. République de Guinée (Arbitrage CCJA N° 001/2011/ARB)</u>

Chers Confrères,

Je vous prie de trouver ci-joint les attestations qui ont été établies le 13 décembre 2013 par MM. Ibrahima Conté et Demba Kourouma, ainsi que la plainte pénale qui a été déposée le même jour par la République de Guinée.

Nous demanderons, à l'audience d'aujourd'hui, l'autorisation de produire ces pièces dans le délai et selon les modalités que le Tribunal estimera appropriées.

Sincères salutations.

Laurent Jaeger

Membre du groupement transnational avec Orrick, Herrington & Sutcliffe, Solicitors of the Supreme Court of England and Wales depuis le 1er janvier 2006. Membre d'une association agréée, le règlement des honoraires par chèque est accepté.

BEIJING  BERLIN  BRUXELLES  DÜSSELDORF  FRANCFORT  HONG KONG  LONDRES  LOS ANGELES  MILAN  MOSCOU  MUNICH  NEW YORK  ORANGE COUNTY  PACIFIC NORTHWEST  PARIS  ROME  SACRAMENTO  SAN FRANCISCO  SHANGHAI  SILICON VALLEY  TAIPEI  TOKYO  WASHINGTON DC

OHSEUROPE:551718979.1
DRAFT 12/16/13 10:01AM

# Translation

Translation of "Courriel Officiel des Conseils de la Rpublique de Guine aux conseils de Getma du 16.12.13"



RAMBAUD MARTEL
LAW FIRM
31, AVENUE PIERRE IER DE SERBIE
75782 PARIS CEDEX 16
FRANCE

*Tel:* +33 (0) 1 53 53 75 00
*Fax:* +33 (0) 1 53 53 75 01

WWW.ORRICK.COM

Paris, 16 December 2013

Laurent Jaeger
+33 1 5353 7514
ljaeger@orrick.com

## Official Letter

By Hand Delivery and FedEx

**Mr. Cédric Fischer**
**Ms. Elisabeth Mahé**
**Mr. Tristan Dupré de Puget**
Fischer Tandeau de Marsac Sur et Associés
Attorneys at the Paris Bar
67, Boulevard Malesherbes
75008 Paris

**Mr. José Miguel Judice**
**Mr. Tiago Duarte**
PLMJ AM Pereira, Saragga Leal
Oliviera Martins, Jucide e Associados
Avenida da Liberdade
224, 1250-148 Lisbon
Portugal

**Ref:     Getma International v. Republic of Guinea (CCJA Arbitration No. 001/2011/ARB)**

Ladies and Gentlemen:

Attached please find the witness statements prepared on 13 December 2013 by Messrs. Ibrahima Conté and Demba Kourouma, as well as the criminal complaint filed on the same day by the Republic of Guinea.

At today's hearing, we will request authorization to produce these documents within the time period and pursuant to the terms that the Tribunal shall deem appropriate.

Best regards,

[Signature]

Laurent Jaeger

# Certification

**Jennifer Bader**
**ATA Certified Translator FR>EN**
**CLASS Translations, LLC**
**3305 Labyrinth Road**
**Baltimore, MD 21215**
**1-443-739-7823**

CERTIFICATE OF ACCURACY

I, Jennifer Bader, hereby certify that I translated the documents listed in Annex A attached hereto from French into English and that, to the best of my ability, they are true and correct translations. I further certify that I am competent in both French and English to render and certify such translations.

*Jennifer Bader*
Jennifer Bader

*Victoria Denise Byrne*
Notary Public
march 02, 2015

VICTORIA DENISE BYRNE
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires July 28, 2018

## Annex A

## List of Documents

Email from CCJA to Tribunal dated May 19, 2014

Minutes from the PAC December 31, 2009 and January 2, 2009 Meeting

Getma Financial Offer

July 23 2014 Petition to Challenge Validity

Minutes from the initial arbitral proceeding dated March 12, 2012

Transcript from the July 8, 2013 hearing

Letter from Guinea's counsel to the Tribunal dated November 4, 2013

Complaint against named persons on counts of corruption and influence peddling

Letter from Guinea's counsel to the Tribunal dated December 14, 2013

Witness statement of Mr. Demba Kourouma

Witness statement of Mr. Ibrahima Laminzana Conde

Tribunal Procedural Order dated November 7, 2013

Tribunal Procedural Order dated December 2, 2013

Letter from Guinea's counsel to Getma's counsel dated December 16, 2013

Transcript from December 16, 2013 hearing

Tribunal Procedural Order dated January 8, 2014

Letter from Guinea's counsel to the Tribunal dated January 15, 2014

Letter from the Tribunal to the Parties dated March 17, 2014

CCJA Decision dated October 3, 2013

Transcript of May 27, 2013 hearing

Letter from the Tribunal to the CCJA dated June 3, 2014

Email from the CCJA to the Tribunal dated May 19, 2014

Letter from the Tribunal to the Parties dated April 22, 2013

Email from the Tribunal to the Parties dated May 6, 2013

Letter from the Tribunal to the Parties dated May 10, 2013

Email from the Tribunal to the Parties dated May 23, 2013

Email from the Tribunal to Guinea's counsel dated June 25, 2013

Email from Guinea's counsel to the Tribunal dated June 28, 2013

CCJA Decision dated August 1, 2013

Letter from the Tribunal to the Parties dated April 30, 2014

Letter from the CCJA to Mr. Fischer dated May 20, 2014

Letter from Getma's counsel to the CCJA dated May 23, 2014

CCJA Decision dated March 12, 1999

Witness statement of Mr. Sory Camara

Letter from Getma's counsel to the tribunal dated May 30, 2013

Email from the Tribunal to Guinea's counsel dated September 5, 2013

Email from Mr. Fischer to the Tribunal dated September 6, 2013

Composition of the CCJA

Excerpt from Call for Tenders for the Award of a Concession for the Container Terminal of the Port of Conakry

Decision of the Paris Court of Appeals dated March 4, 2014

P.-G. Pougoué, Arbitration in the OHADA Zone

G. Kenfack Douajni, The Notion of International Public Policy in OHADA Arbitration