# **EXHIBIT 35**

**GETMA INTERNATIONAL**

**c. /**

**ETAT GUINEEN**

**CCJA (OHADA) n° 001/2011/ARB**

## ORDONNANCE DE PROCEDURE N° 9
## Audience relative à la pièce R 107

1. Une audience se tiendra le 16 décembre 2013, à 14h30.

2. Elle sera uniquement consacrée à la pièce R 107.

3. Les Parties sont chargées d'organiser l'audience (locaux, transcript, interprétation simultanée, le cas échéant), et d'en aviser le Tribunal au plus tard le 9 décembre 2013.

4. Aucune nouvelle pièce ne sera acceptée.

Lieu de l'arbitrage, Abidjan, Côte d'Ivoire,
Le 2 décembre 2013.

> Pour le Tribunal Arbitral
> Le Président
>
> Ibrahim FADLALLAH

# Translation

Translation of "Ordonnance de Procdure n9 du 2.12.13"

**GETMA INTERNATIONAL**

**v.**

**STATE OF GUINEA**

**CCJA (OHADA) No. 001/2011/ARB**

**PROCEDURAL ORDER NO. 9**

**Hearing On Exhibit R-107**

1. A hearing will be held on 16 December 2013 at 2:30 PM.

2. It will be dedicated solely to Exhibit R-107.

3. The Parties are responsible for organizing the hearing (location, transcript, simultaneous interpretation, if necessary), and for informing the Tribunal on 9 December 2013 at the latest.

4. No new exhibits will be accepted.

Arbitration site, Abidjan, Côte d'Ivoire

2 December 2013.

                                          For the Arbitral Tribunal

                                              The President

                                              [Signature]

                                              Ibrahim FADLALLAH

# Certification

**Jennifer Bader**
**ATA Certified Translator FR>EN**
**CLASS Translations, LLC**
**3305 Labyrinth Road**
**Baltimore, MD 21215**
**1-443-739-7823**

CERTIFICATE OF ACCURACY

I, Jennifer Bader, hereby certify that I translated the documents listed in <u>Annex A</u> attached hereto from French into English and that, to the best of my ability, they are true and correct translations. I further certify that I am competent in both French and English to render and certify such translations.

_Jennifer Bader_
Jennifer Bader


_Victoria Denise Byrne_
Notary Public
march, 02, 2015

VICTORIA DENISE BYRNE
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires July 28, 2018

# Annex A

## List of Documents

Email from CCJA to Tribunal dated May 19, 2014

Minutes from the PAC December 31, 2009 and January 2, 2009 Meeting

Getma Financial Offer

July 23 2014 Petition to Challenge Validity

Minutes from the initial arbitral proceeding dated March 12, 2012

Transcript from the July 8, 2013 hearing

Letter from Guinea's counsel to the Tribunal dated November 4, 2013

Complaint against named persons on counts of corruption and influence peddling

Letter from Guinea's counsel to the Tribunal dated December 14, 2013

Witness statement of Mr. Demba Kourouma

Witness statement of Mr. Ibrahima Laminzana Conde

Tribunal Procedural Order dated November 7, 2013

Tribunal Procedural Order dated December 2, 2013

Letter from Guinea's counsel to Getma's counsel dated December 16, 2013

Transcript from December 16, 2013 hearing

Tribunal Procedural Order dated January 8, 2014

Letter from Guinea's counsel to the Tribunal dated January 15, 2014

Letter from the Tribunal to the Parties dated March 17, 2014

CCJA Decision dated October 3, 2013

Transcript of May 27, 2013 hearing

Letter from the Tribunal to the CCJA dated June 3, 2014

Email from the CCJA to the Tribunal dated May 19, 2014

Letter from the Tribunal to the Parties dated April 22, 2013

Email from the Tribunal to the Parties dated May 6, 2013

Letter from the Tribunal to the Parties dated May 10, 2013

Email from the Tribunal to the Parties dated May 23, 2013

Email from the Tribunal to Guinea's counsel dated June 25, 2013

Email from Guinea's counsel to the Tribunal dated June 28, 2013

CCJA Decision dated August 1, 2013

Letter from the Tribunal to the Parties dated April 30, 2014

Letter from the CCJA to Mr. Fischer dated May 20, 2014

Letter from Getma's counsel to the CCJA dated May 23, 2014

CCJA Decision dated March 12, 1999

Witness statement of Mr. Sory Camara

Letter from Getma's counsel to the tribunal dated May 30, 2013

Email from the Tribunal to Guinea's counsel dated September 5, 2013

Email from Mr. Fischer to the Tribunal dated September 6, 2013

Composition of the CCJA

Excerpt from Call for Tenders for the Award of a Concession for the Container Terminal of the Port of Conakry

Decision of the Paris Court of Appeals dated March 4, 2014

P.-G. Pougoué, Arbitration in the OHADA Zone

G. Kenfack Douajni, The Notion of International Public Policy in OHADA Arbitration