# **EXHIBIT 37**

## Attestation

Je soussigné Demba Kourouma, né le 9 août 1956 à Kissidougou, exerçant actuellement les fonctions de Directeur des travaux publics et de l'urbanisme à l'ACGP (Administration et Contrôle des Grands Projets).

J'ai participé en tant que rapporteur à la Commission d'analyse et d'évaluation des offres pour le choix du futur concessionnaire du Terminal à conteneurs du port de Conakry.

A ce titre, je déclare ce qui suit :

- L'analyse et l'évaluation des offres se sont déroulées du 1$^{er}$ au 13 août 2008. Les offres de quatre candidats ont été examinées : Getma Interntional, Bolloré, Maersk et TCB Afrimarine. La Commission a désigné Getma International comme adjudicataire provisoire de la concession.

- Le 22 septembre 2008, le contrat de concession a été signé entre la République de Guinée et Getma International.

- Après la signature du contrat, j'ai reçu des mains de M. Mamadou Diallo, cadre du Ministère des Transports et membre de la Commission d'évaluation des offres les sommes de 15.000 et 20.000 euros de la part de Getma International, respectivement les 29 septembre et 9 octobre 2008.

Je certifie que cette déclaration est exacte et qu'elle a été établie sans contrainte.

Fait à Conakry le 13 décembre 2013

Demba Kourouma

Je Soussigné Maître Roger KPOGHOMOU Notaire à Conakry Certifie Véritable et exacte la Signature de Demba Kourouma apposée ci-contre
CONAKRY le 13 décembre 2013

# Translation

Translation of "Attestation de M. Demba Kourouma du 13.12.13":

**Witness Statement**

I, the undersigned, Demba Kourouma, born on 9 August 1956 in Kissidougou, am currently employed as Director of Public Works and Urban Planning for the ACGP (*Administration et Contrôle des Grands Projets* [Major Projects Administration and Control Office]).

I was rapporteur of the Bid Analysis and Evaluation Commission, which was tasked with choosing the future concessionaire for the container terminal at the Port of Conakry.

As such, I hereby state as follows:

- The analysis and evaluation of bids took place from 1 August through 13 August 2008. Four candidates' bids were examined: Getma Interntional, Bolloré, Maersk and TCB Afrimarine. The Commission provisionally awarded the concession contract to Getma International.

- On 22 September 2008, Getma International and the Republic of Guinea signed the concession agreement.

- After execution of the agreement, on 29 September and 9 October 2008, I received the amounts of €15,000 and €20,000, respectively, from Mr. Mamadou Diallo, an official of the Transportation Ministry and member of the Bid Evaluation Commission, on behalf of Getma International.

I certify that this statement is accurate and was prepared under no duress.

Made in Conakry on 13 December 2013

[Signature]
Demba Kourouma



# Certification

**Jennifer Bader**
**ATA Certified Translator FR>EN**
**CLASS Translations, LLC**
**3305 Labyrinth Road**
**Baltimore, MD 21215**
**1-443-739-7823**

CERTIFICATE OF ACCURACY

I, Jennifer Bader, hereby certify that I translated the documents listed in Annex A attached hereto from French into English and that, to the best of my ability, they are true and correct translations. I further certify that I am competent in both French and English to render and certify such translations.

*Jennifer Bader*
Jennifer Bader


*Victoria Denise Byrne*
Notary Public
March 02, 2015

VICTORIA DENISE BYRNE
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires July 28, 2018

# Annex A

## List of Documents

Email from CCJA to Tribunal dated May 19, 2014

Minutes from the PAC December 31, 2009 and January 2, 2009 Meeting

Getma Financial Offer

July 23 2014 Petition to Challenge Validity

Minutes from the initial arbitral proceeding dated March 12, 2012

Transcript from the July 8, 2013 hearing

Letter from Guinea's counsel to the Tribunal dated November 4, 2013

Complaint against named persons on counts of corruption and influence peddling

Letter from Guinea's counsel to the Tribunal dated December 14, 2013

Witness statement of Mr. Demba Kourouma

Witness statement of Mr. Ibrahima Laminzana Conde

Tribunal Procedural Order dated November 7, 2013

Tribunal Procedural Order dated December 2, 2013

Letter from Guinea's counsel to Getma's counsel dated December 16, 2013

Transcript from December 16, 2013 hearing

Tribunal Procedural Order dated January 8, 2014

Letter from Guinea's counsel to the Tribunal dated January 15, 2014

Letter from the Tribunal to the Parties dated March 17, 2014

CCJA Decision dated October 3, 2013

Transcript of May 27, 2013 hearing

Letter from the Tribunal to the CCJA dated June 3, 2014

Email from the CCJA to the Tribunal dated May 19, 2014

Letter from the Tribunal to the Parties dated April 22, 2013

Email from the Tribunal to the Parties dated May 6, 2013

Letter from the Tribunal to the Parties dated May 10, 2013

Email from the Tribunal to the Parties dated May 23, 2013

Email from the Tribunal to Guinea's counsel dated June 25, 2013

Email from Guinea's counsel to the Tribunal dated June 28, 2013

CCJA Decision dated August 1, 2013

Letter from the Tribunal to the Parties dated April 30, 2014

Letter from the CCJA to Mr. Fischer dated May 20, 2014

Letter from Getma's counsel to the CCJA dated May 23, 2014

CCJA Decision dated March 12, 1999

Witness statement of Mr. Sory Camara

Letter from Getma's counsel to the tribunal dated May 30, 2013

Email from the Tribunal to Guinea's counsel dated September 5, 2013

Email from Mr. Fischer to the Tribunal dated September 6, 2013

Composition of the CCJA

Excerpt from Call for Tenders for the Award of a Concession for the Container Terminal of the Port of Conakry

Decision of the Paris Court of Appeals dated March 4, 2014

P.-G. Pougoué, Arbitration in the OHADA Zone

G. Kenfack Douajni, The Notion of International Public Policy in OHADA Arbitration