# **EXHIBIT 38**

## **Déclaration sur l'honneur**

Je soussigné Ibrahima Lamizana Condé né le 5 juin 1969 à Kindia, exerçant les fonctions d'Inspecteur des services financiers et comptables.

En 2008, j'étais membre de la Commission d'évaluation des offres chargée de sélectionner le futur concessionnaire du Terminal à conteneurs du port de Conakry à la suite du lancement d'un appel d'offres international. Je faisais également partie de l'équipe de négociation de la convention de concession.

A ce titre, je déclare ce qui suit :

- Au cours des négociations de la convention de concession, M. Mamadou Diallo, membre de la Commission d'évaluation des offres qui était en contact avec Messieurs Gamal Challoub et Abdelaziz Thiam représentants de Getma International, m'a donné une enveloppe contenant 20000 € en coupures de 50 euros.

- M. Diallo m'a indiqué que cette somme était offerte par Getma International en contrepartie de l'obtention de ma signature sur le procès-verbal de négociation, condition préalable à la signature de la convention de concession.

- C'est dans ces circonstances que le 22 septembre 2008, le contrat de concession a été signé entre la République de Guinée et Getma International.

Je certifie que cette déclaration est exacte.

Fait à Conakry le 13 décembre 2013

M. Ibrahima Lamizana Condé

**RÉPUBLIQUE DE GUINÉE**

**Carte Nationale d'Identité**

N° 050115020944001
Nom CONDE
Prénoms IBRAHIMA LAMIZANA
Sexe M
Né(e) le 05/06/1969
à KINDIA
de OUSMANE
et de F. WADE KOUMBA
Profession I.S.F. COMPTABLE
Signature

Résidence MATOTO / GBESSIA PORT II
Taille 1.75 m    Teint NOIR    Cheveux Noirs
Signes particuliers    VP
Fait le 04/11/2011    à MATOTO
Validité 04/11/2016

Timbre fiscal | Signature de l'Autorité | Empreinte index gauche

EB0908716

DOMINIQUE F. MARA
COMMISSAIRE DIVISIONNAIRE
DE POLICE

# Translation

### **Sworn Statement**

I, the undersigned, Ibrahima Lamizana Condé, born on 5 June 1969 in Kindia, am currently employed as an Inspector in the Financial and Accounting Department.

In 2008, I was a member of the Bid Evaluation Commission charged with selecting the future concessionaire of the container terminal at the Port of Conakry following an international invitation for tenders. I was also a member of the concession agreement negotiation team.

As such, I hereby state as follows:

- In the course of negotiating the concession agreement, Mr. Mamadou Diallo, a member of the Bid Evaluation Commission who was in contact with Messrs Gamal Challoub and Abdelaziz Thiam, representatives of Getma International, gave me an envelope containing €20,000 in €50 bills.

- Mr. Diallo indicated to me that this amount was being offered by Getma International in return for my signature on the negotiation report, a condition precedent to the signature of the concession agreement.

- Under these circumstances, on 22 September 2008, Getma International and the Republic of Guinea signed the concession agreement.

I certify that this statement is accurate.

Made in Conakry on 13 December 2013

[signature]
Mr. Ibrahima Lamizana Condé



# Certification

**Jennifer Bader**
**ATA Certified Translator FR>EN**
**CLASS Translations, LLC**
**3305 Labyrinth Road**
**Baltimore, MD 21215**
**1-443-739-7823**

CERTIFICATE OF ACCURACY

I, Jennifer Bader, hereby certify that I translated the documents listed in Annex A attached hereto from French into English and that, to the best of my ability, they are true and correct translations. I further certify that I am competent in both French and English to render and certify such translations.

*Jennifer Bader*
Jennifer Bader

*Victoria Denise Byrne*
Notary Public
March 02, 2015

VICTORIA DENISE BYRNE
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires July 28, 2018

## Annex A

## List of Documents

Email from CCJA to Tribunal dated May 19, 2014

Minutes from the PAC December 31, 2009 and January 2, 2009 Meeting

Getma Financial Offer

July 23 2014 Petition to Challenge Validity

Minutes from the initial arbitral proceeding dated March 12, 2012

Transcript from the July 8, 2013 hearing

Letter from Guinea's counsel to the Tribunal dated November 4, 2013

Complaint against named persons on counts of corruption and influence peddling

Letter from Guinea's counsel to the Tribunal dated December 14, 2013

Witness statement of Mr. Demba Kourouma

Witness statement of Mr. Ibrahima Laminzana Conde

Tribunal Procedural Order dated November 7, 2013

Tribunal Procedural Order dated December 2, 2013

Letter from Guinea's counsel to Getma's counsel dated December 16, 2013

Transcript from December 16, 2013 hearing

Tribunal Procedural Order dated January 8, 2014

Letter from Guinea's counsel to the Tribunal dated January 15, 2014

Letter from the Tribunal to the Parties dated March 17, 2014

CCJA Decision dated October 3, 2013

Transcript of May 27, 2013 hearing

Letter from the Tribunal to the CCJA dated June 3, 2014

Email from the CCJA to the Tribunal dated May 19, 2014

Letter from the Tribunal to the Parties dated April 22, 2013

Email from the Tribunal to the Parties dated May 6, 2013

Letter from the Tribunal to the Parties dated May 10, 2013

Email from the Tribunal to the Parties dated May 23, 2013

Email from the Tribunal to Guinea's counsel dated June 25, 2013

Email from Guinea's counsel to the Tribunal dated June 28, 2013

CCJA Decision dated August 1, 2013

Letter from the Tribunal to the Parties dated April 30, 2014

Letter from the CCJA to Mr. Fischer dated May 20, 2014

Letter from Getma's counsel to the CCJA dated May 23, 2014

CCJA Decision dated March 12, 1999

Witness statement of Mr. Sory Camara

Letter from Getma's counsel to the tribunal dated May 30, 2013

Email from the Tribunal to Guinea's counsel dated September 5, 2013

Email from Mr. Fischer to the Tribunal dated September 6, 2013

Composition of the CCJA

Excerpt from Call for Tenders for the Award of a Concession for the Container Terminal of the Port of Conakry

Decision of the Paris Court of Appeals dated March 4, 2014

P.-G. Pougoué, Arbitration in the OHADA Zone

G. Kenfack Douajni, The Notion of International Public Policy in OHADA Arbitration