# **EXHIBIT 49**

**From:** Narcisse AKA [mailto:aknarcis.ccja@ohada.org]
**Sent:** vendredi 23 mai 2014 9:00
**To:** Ibrahim Fadlallah
**Cc:** Jaeger, Laurent; cfischer@ftms-a.com; eric.teynier@teynier.com; jac@jacremades.com
**Subject:** RE: GETMA INTERNATIONAL / ETAT GUINEEN; ARB 001/2011 CCJA-OHADA

Monsieur le Président du tribunal arbitral et chers arbitres,

Je regrette que vous ayez transmis directement la version électronique de la sentence arbitrale aux parties alors qu'aux termes de notre règlement d'arbitrage, la notification relève de la compétence du Secrétaire Général.

Il s'ensuit que l'hebdomadaire Jeune Afrique est déjà informé du contenu de la sentence dont la version « papier » ne nous est toujours pas parvenue. Je déplore ces atteintes graves au principe de la confidentialité de la procédure arbitrale qui s'impose aux arbitres et aux parties.

Recevez mes sincères salutations.


Organisation pour l'Harmonisation en Afrique du Droit des Affaires
Organization for the Harmonization of Business Law in Africa
Organizacion parala Armonizacion en Africa de la Legislacion Empresarial
Organização para a Harmonização em Africa do Direiton dos Negocios

**Cour Commune de Justice et d'Arbitrage**

**Centre d'Arbitrage**

**Narcisse AKA**
*Secrétaire Général*

Std :  (+225) 20 30 33 97 / 98
L.D.: (+225) 20 30 34 67
Fax : (+225) 20.33.60.53                              01 BP: 8702 Abidjan-Côte d'Ivoire
www.ohada.org                                              aknarcis.ccja@ohada.org
centredarbitrage.ccja@ohada.org              aknarcis@hotmail.fr
--------------------------------------------------------------------------------

**De :** Ibrahim Fadlallah [mailto:ibrahim.fadlallah@wanadoo.fr]
**Envoyé :** jeudi 22 mai 2014 13:06
**À :** 'Narcisse AKA'
**Cc :** ljaeger@orrick.com; cfischer@ftms-a.com; eric.teynier@teynier.com; jac@jacremades.com
**Objet :** GETMA INTERNATIONAL / ETAT GUINEEN; ARB 001/2011 CCJA-OHADA
**Importance :** Haute

Monsieur le Secrétaire Général,
Nous avons reçu votre courriel du 19 mai 2014. Nous y répondrons ultérieurement par souci de clarification et par égard pour la Cour.
Notre souci immédiat est d'assurer les droits des Parties.
Nous vous adressons donc la sentence qui reporte les frais fixés par la Cour.
Veuillez agréer, Monsieur le Secrétaire Général, l'expression de notre considération très distinguée.
Ibrahim Fadlallah

Ibrahim FADLALLAH
61, rue la Boétie
75008 PARIS
Tél. : 0140760040
Fax : 0140760250
Ibrahim.fadlallah@wanadoo.fr

This communication and any attachments may be privileged or confidential. If you are not the intended recipient, you have received this in error and any review, distribution or copying of this communication is strictly prohibited. In such an event, please notify us immediately by reply email and immediately delete this message and all attachments.

-------------------------------------------------------------------------------------

 Ce courrier électronique ne contient aucun virus ou logiciel malveillant parce que la protection Antivirus avast! est active.

# Translation

<u>Translation of "Courriel du Secrétaire Général de la CCJA au Tribunal Arbitral du 23.05.14":</u>

**From:** Narcisse AKA [mailto:aknarcis.ccja@ohada.org]
**Sent:** Friday, 23 May 2014 9:00 AM
**To:** Ibrahim Fadlallah
**CC:** Jaeger, Laurent; cfischer@ftms-a.com; eric.teynier@teynier.com;jac@jacremades.com
**Subject:** RE: GETMA INTERNATIONAL/GOVERNMENT OF GUINEA; ARB 001/2011 CCJA-OHADA

Dear Mr. President and Members of the Arbitral Tribunal,

I regret that you directly transmitted the electronic version of the arbitral award to the parties despite the fact that pursuant to our arbitration rules, notification is the responsibility of the Secretary General.

As a result, the weekly publication Jeune Afrique has already been informed of the content of the award, the hard copy of which we have still not received. I deeply regret these serious violations of the principle of the confidentiality of arbitral proceedings, which is binding on the arbitrators and the parties.

Sincerely yours,



**From:** Ibrahim Fadlallah [mailto:ibrahim.fadlallah@wanadoo.fr]
**Sent:** Thursday, 22 May 2014 1:06 PM
**To:** 'Narcisse AKA'
**CC:** ljaeger@orrick.com; cfischer@ftms-a.com; eric.teynier@teynier.com; jac@jacremades.com **Subject:** GETMA INTERNATIONAL/GOVERNMENT OF GUINEA; ARB 001/2011 CCJA-OHADA
**Importance:** High

Dear Mr. Secretary General:
We have received your email dated 19 May 2014. We will respond to it later in the interest of clarification and out of respect for the Court.

Our immediate concern is to protect the rights of the Parties.
We will therefore send you the award, which refers to the fees set by the Court.
Very truly yours,
Ibrahim Fadlallah

Ibrahim FADLALLAH
61, rue la Boétie
75008 Paris
Tel: 0140760040
Fax: 0140760250
Ibrahim.fadlallah@wanadoo.fr

This communication and any attachments may be privileged or confidential. If you are not the intended recipient, you have received this in error and any review, distribution or copying of this communication is strictly prohibited In such an event, please notify us immediately by reply email and immediately delete this message and all attachments.

-------------------------------------------------------------------------------------



Ce courrier électronique ne contient aucun virus ou logiciel malveillant parce que la protection Antivirus avast! est active.

# Certification

**Jennifer Bader**
**ATA Certified Translator FR>EN**
**CLASS Translations, LLC**
**3305 Labyrinth Road**
**Baltimore, MD 21215**
**1-443-739-7823**

CERTIFICATE OF ACCURACY

I, Jennifer Bader, hereby certify that I translated the documents listed in Annex A attached hereto from French into English and that, to the best of my ability, they are true and correct translations. I further certify that I am competent in both French and English to render and certify such translations.

_Jennifer Bader_
Jennifer Bader

_Victoria Denise Byrne_              VICTORIA DENISE BYRNE
Notary Public                        NOTARY PUBLIC STATE OF MARYLAND
                                     My Commission Expires July 28, 2018

March 02, 2015

## Annex A

## List of Documents

Email from CCJA to Tribunal dated May 19, 2014

Minutes from the PAC December 31, 2009 and January 2, 2009 Meeting

Getma Financial Offer

July 23 2014 Petition to Challenge Validity

Minutes from the initial arbitral proceeding dated March 12, 2012

Transcript from the July 8, 2013 hearing

Letter from Guinea's counsel to the Tribunal dated November 4, 2013

Complaint against named persons on counts of corruption and influence peddling

Letter from Guinea's counsel to the Tribunal dated December 14, 2013

Witness statement of Mr. Demba Kourouma

Witness statement of Mr. Ibrahima Laminzana Conde

Tribunal Procedural Order dated November 7, 2013

Tribunal Procedural Order dated December 2, 2013

Letter from Guinea's counsel to Getma's counsel dated December 16, 2013

Transcript from December 16, 2013 hearing

Tribunal Procedural Order dated January 8, 2014

Letter from Guinea's counsel to the Tribunal dated January 15, 2014

Letter from the Tribunal to the Parties dated March 17, 2014

CCJA Decision dated October 3, 2013

Transcript of May 27, 2013 hearing

Letter from the Tribunal to the CCJA dated June 3, 2014

Email from the CCJA to the Tribunal dated May 19, 2014

Letter from the Tribunal to the Parties dated April 22, 2013

Email from the Tribunal to the Parties dated May 6, 2013

Letter from the Tribunal to the Parties dated May 10, 2013

Email from the Tribunal to the Parties dated May 23, 2013

Email from the Tribunal to Guinea's counsel dated June 25, 2013


Email from Guinea's counsel to the Tribunal dated June 28, 2013

CCJA Decision dated August 1, 2013

Letter from the Tribunal to the Parties dated April 30, 2014

Letter from the CCJA to Mr. Fischer dated May 20, 2014

Letter from Getma's counsel to the CCJA dated May 23, 2014

CCJA Decision dated March 12, 1999

Witness statement of Mr. Sory Camara

Letter from Getma's counsel to the tribunal dated May 30, 2013

Email from the Tribunal to Guinea's counsel dated September 5, 2013

Email from Mr. Fischer to the Tribunal dated September 6, 2013

Composition of the CCJA

Excerpt from Call for Tenders for the Award of a Concession for the Container Terminal of the Port of Conakry

Decision of the Paris Court of Appeals dated March 4, 2014

P.-G. Pougoué, Arbitration in the OHADA Zone

G. Kenfack Douajni, The Notion of International Public Policy in OHADA Arbitration