THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration of Certain Controversies between<br><br>GETMA INTERNATIONAL,<br><br>Petitioner,<br><br>and<br><br>THE REPUBLIC OF GUINEA,<br><br>Respondent. | Civil Action No. 1:14-cv-01616-RBW |

## OPPOSITION TO RESPONDENT'S MOTION TO STAY

Petitioner Getma International, through its undersigned counsel, hereby requests that the Court deny the Republic of Guinea's Motion to Stay and requests that this Court confirm the Final Award against the Republic of Guinea and enter judgment in Getma's favor. In support of this request, Petitioner submits the accompanying Memorandum of Points and Authorities and the Declaration of Cédric Fischer dated April 20, 2015.

WHEREFORE, Petitioner respectfully requests that the Court deny the Motion to Stay and enter an order confirming the Final Award and granting judgment in Getma's favor.

Dated:  April 20, 2015

                                              Respectfully submitted,

                                              /s/ Allen B. Green
                                              Allen B. Green (D.C. Bar No. 222158)
                                              William T. O'Brien (D.C. Bar No. 450891)
                                              Ivan W. Bilaniuk (D.C. Bar. No. 494315)
                                              MCKENNA LONG & ALDRIDGE LLP
                                              1900 K Street, N.W.
                                              Washington, D.C. 20006
                                              Telephone:  (202) 496-7500
                                              Fax:  (202) 496-7756

                                              *Attorneys for Petitioner*
                                              *Getma International*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April 2015, the foregoing Opposition to Respondent's Motion to Stay, memorandum in support, supporting declaration and exhibits were electronically filed with the clerk of the court using the CM/ECF system, which automatically serves counsel of record:

Jeffrey M. Prokop, Esq.
Brook Daley, Esq.
ORRICK HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, DC  20005

Jamie L. Shookman, Esq.
ORRICK HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019-6142

/s/ Allen B. Green
Allen B. Green (D.C. Bar No. 222158)
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, D.C. 20006
Telephone:  (202) 496-7500
Fax:  (202) 496-7756

*Attorney for Petitioner Getma International*