# EXHIBIT 4

**CCJA (OHADA) Case No. 001/2011/ARB**

<u>**Getma International**</u>
v.
<u>**Republic of Guinea**</u>

*Hearing of July 8, 2013*
**Version 1 (to be proofread by the Parties)**

Simone Bardot, Conference Stenographer - 20, boulevard de la Bastille - 75012 Paris
Tel. 01.42.40.52 .38 & 06.03.12.46 .16 - Simone_Bardot@msn.com

## Procedural Questions

**Mr. President** - Then two final questions. First, a procedural question, we are going to enter into deliberation. We will likely close the proceeding soon, with just enough time to check whether there is anything that has escaped us and that would merit information or a production already requested, we're not going to ask for any new ones, although in the course of deliberation, we don't know what can happen. So we'll close subject to the statement of expenses. How much time do you need for your statement of expenses?

**Mr. Fischer** - Mr. President, for us, I think that two weeks will be enough.

**Mr. Jaeger** - I was actually going to propose a very different time of 15 days, i.e. one additional day. I was just looking …

Due to a question of personal scheduling, two weeks, that gives us Monday, July 22. I will be abroad until the 23, if July 24 works for everyone…

**Mr. President** - The Tribunal grants you Friday, July 26, the end of the third week, for the statement of expenses.

As to that statement of expenses, I ask you to come together and agree on how to present it. If you want each one to be able to comment on the other's statement of expenses, the Tribunal, upon request from you, will give you about ten days. But as that depends on your agreement on the presentation, I am not anticipating. So much for that question.

Second question: do the Parties feel that they had the leisure to express themselves sufficiently?

**Mr. Fischer** - For the Claimant, the answer is affirmative, as it was for your previous question.

**Mr. President** - Thank you.

**Mr. Jaeger** - That's also the case for us.

**Mr. President** - Thank you. I am repeating for form, because you have already answered me: are we still in agreement that the Parties do not have any reservations to make as to the legality of the proceeding?

**Mr. Fischer** - Very clearly, none.

**Mr. Fischer** - None.

**Mr. President** - That's perfect. In that case, I think that we can adjourn the hearing. I thank you all for the quality of your preparation and the sobriety of your presentation and its courtesy. I think that, on many points, you helped us. As to those for which you did not help us, it's because we nevertheless have to suffer a little.
So I thank you and I adjourn this hearing. Thank you. With a big thanks to our stenographer.

*The hearing ends at 6:35 p.m.*

LanguageWorks
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

## LanguageWorks

STATE OF NEW YORK    )
                     )    ss
COUNTY OF NEW YORK   )

### CERTIFICATION

This is to certify that the attached, to the best of my knowledge and belief, are true and accurate translations into English of:

2312 2014 Piece D45
29012015 CCJA Discours markup
16 09 2013 2013 09 16 GetmaOhada
19 05 2014 Lettre Orrick à la CCJA
24 06 2013 Lettre à Fadlallah honoraires
2015.03.02 Declaration of Laurent Jaeger - Exhibit 41
Getma_c_Guinée_Plaidoiries_2013.07.08_V1
Re dossier 0012011ARB du 10 mai 2011
RE Getma International c République de Guinée (aff n0012011ARB); Honoraires Tribunal Arbitral transcript audience (version initiale)
Transcript audience
01 08 2013 Décision Honoraires arb - aff 001.2011
03 10 2013 décision 096-001.2011.ARB sur les honoraires
05 11 2013 lettre au Tribunal arbitral
06 09 2013 lettre à la CCJA
12 08 2013 sur décisions du 01.08.13
04 02 2015 Concl en replique demandeurs
16 02 2015 Ordonnance refere 16 02 2015
0801 2015 assignation en referee

completed on April 10, 2015, originally written in French.

_____
Amy Stoyko
Co-Director of Production
LanguageWorks

Sworn to and subscribed before me,
This 10th day of April, 2015.

_____
Notary Public