# EXHIBIT 8

[seal]
DOCUMENTS SENT
D21
FTMS

ML 230237
GETMA INTERNATIONAL

# OFFICIAL REPORT
# OF MARCH 8TH, 2012

Maître Maurice LOTTE, *Huissier de Justice* [Bailiff]
27 Boulevard des Italiens – 75002 Paris Telephone: 01.42.68.83.10 – Fax: 01.47.42.11.26
*Internet site www.lotte-huissier.com*
*Member of an association certified by the tax authorities, payment by check made out to its name accepted*

ML 230237

MAURICE LOTTE
*HUISSIER DE JUSTICE* [BAILIFF]
27 BOULEVARD DES ITALIENS
75002 PARIS

[stamp:] COPY

# OFFICIAL REPORT

**MARCH EIGHTH OF THE YEAR TWO THOUSAND TWELVE**

UPON THE REQUEST OF

**Getma International,** a single member simplified limited company with a capital of €16,000,000, registered with the  registry of commerce and business of Paris under No. 350 701 272, with headquarters located at 40, avenue George V in Paris (75008), initiating proceedings through its legal representatives domiciled at said headquarters in that capacity.

Having as an attorney, Cédric Fischer, Esq., member of the Paris bar, 67, boulevard Malesherbes 75008 Paris

Who, prior to the findings below indicated to me

That it is in the interest of GETMA International that the existence and content of an interview with the President of the Republic of Guinea, professor Alpha Condé, currently published on the Internet via the France 24 television channel website be acknowledged and that the complete transcription of this interview be ensured.

That this interview is published on the France 24 Internet website at the following address:
http://www.france24.com/fr/20120204-fr-entretien-alpha-conde-president-republique-guinea-port-conakry-bollore-elections-legislatives-massacres-justice

That is why he is calling upon me for the safeguarding of the rights and interests of GETMA International

- to verify the video of this interview is online on the France 24 television channel website
- to download and save this video
- to begin the complete transcription of the words expressed and exchanged between the journalist and Mr. Alpha Condé, President of the Republic of Guinea

**IN REFERENCE TO THIS REQUEST**

**I, Maurice Lotte, *Huissier de Justice* [Bailiff] at the High Court of Paris, at 27 Boulevard des Italiens, 75002 Paris, undersigned,**

As I stand this day, **March 8th, 2012 at 7 p.m.** at my business address, I have made the following findings:

2

[hw:] *[screenshot of webpage]*

I hereby state that this page presents, on the channel France 24 website, an interview with the President of the Republic of Guinea, Mr. Alpha Condé, online since February 6th, 2012.

[screenshot of webpage]

From this page, I opened the associated multimedia video player and launched the broadcast of an interview lasting 11:29 minutes between the President of the Republic of Guinea and a journalist, Mrs. Fatima Wane-Sagna; I downloaded and saved it in a directory created for the purposes of my findings.

8

[hw:] *[screenshot of webpage]*

Using the downloaded file saved under the name **"*Alpha Condé, Président de la République de Guinée – FRANCE 242.flv*"** I began its full and literal transcription below.

**France24:**

You are, as you have recalled, an opponent of all of the previous regimes, you have 50 years of political struggle under your belt, you have fought for democracy and against corruption, you are a law professor – I recall. And, nevertheless, the day after your election, there was a decision that kind of surprised everyone, including the international community, you backed out of a contract signed with a French operator that was operating the autonomous Port of Conakry, GETMA, and you granted it by decree the very next day to this company named BOLLORÉ, which is another French company that is very well-known in France, a company that allegedly participated through one of its affiliates in your electoral campaign.
So, I'm asking you the question, beyond the legal aspect, I know that you are a law professor, weren't you afraid of the image that this sends about your actions?

**Alpha Condé:**

Before my election, I had said to friends who had supported me that if I win, I was going to terminate this contract.
Ask any Guinean in what context this contract was signed.
And, before I even arrived, the port's Board of Directors had annulled, had asked the government to annul, the contract, and President Conté had suspended the contract.
When President Dadis came in, he upheld the suspension.
This intervention accelerates the suspension being put back in place. This company made no investments in the port, go and look at the port.
So, they signed the contract lying, saying that they managed a lot of ports, when they did not manage any ports anywhere.
So, this contract, I had said right from the start that this contract was against the interests of Guinea.
And from the moment when, when it was planned that if the first one doesn't have the contract, it's the second one who gets it, the second one, that's BOLLORÉ, and the third MAERSK, they agreed, they were given the contract, and look at the work going on in the port today, what is being done compared to a few years ago.

**France24:**

But, why not reorganize a call for tender with a contract that is more…

**Alpha Condé:**

We didn't need to organize a call for tender because it was stated in the call for tender that if the first one is deficient, the second one automatically gets the contract. So, we do not need to organize a call for tender.

13

**France24:**

But, there wasn't any objective for rewriting a contract that is more commensurate with the needs and expectations of the country?

**Alpha Condé:**

Yes, we rewrote the contract, the proof, I'm going to give it to you for your information: the contract signed by GETMA and the contract signed by BOLLORÉ.

**France24:**

It's very different?

**Alpha Condé:**

You will see, we did not reuse the GETMA contract, we made an enormous number of changes in the concession not just for the container port but for the railroad to create the dry port at Kagbelen, etc. I think that I am going to give you both contracts, you are going to take into account both of the contracts.

14

Such are my findings from which I have made and prepared this official report to which I have attached the pages viewed and printed to be attached and on which I have written the annotation *"Attached to my official report prepared on March 8th, 2012 at the request of Getma International"*

This official report contains 16 sheets and 2 attachments.

[seal]
Maurice Lotte *Huissier de Justice* [Bailiff]
27 Boulevard des Italiens 75002 Paris

document subject to tax on
bailiff affidavits (art 302bis Y of the CGI)

16

LanguageWorks
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

LanguageWorks

STATE OF NEW YORK          )
                           )   ss:
COUNTY OF NEW YORK         )

## CERTIFICATION

This is to certify that the accompanying, to the best of my knowledge and belief, is a true

and accurate translation into English, completed on April 16, 2015, of pages 1 through 3, 9

and 10, 14, 15, and 17 of "Pièce D21.pdf", originally written in French.

Christine Muller
Vice President
LanguageWorks

Sworn to and subscribed before me
This 16th of April, 2015

Notary Public

STEVEN J. ALBERT
NOTARY PUBLIC-STATE OF NEW YORK
No. 01AL6234881
Qualified In New York County
My Commission Expires January 31, 2019

# EXHIBIT 8
# FRENCH VERSION




ML 230237
GETMA INTERNATIONAL

# PROCES VERBAL DE CONSTAT
## DU 8 MARS 2012

**Maître Maurice LOTTE, Huissier de Justice**
27 Boulevard des Italiens – 75002 Paris Téléphone : 01.42.68.83.10 – Télécopie : 01.47.42.11.26
*Site Internet : www.lotte-huissier.com*
*Membre d'une association agréé par l'administration fiscale, acceptant le règlement par chèque libellé à son ordre*

ML 230237

MAURICE LOTTE
HUISSIER DE JUSTICE
27 BOULEVARD DES ITALIENS
75002  PARIS

COPIE

# PROCES VERBAL DE CONSTAT

## L'AN DEUX MIL DOUZE ET LE HUIT MARS

### A LA REQUETE DE

**La société Getma International,** Société par actions simplifiée à associé unique au capital social de 16.000.000 €, immatriculée au registre du commerce et des sociétés de Paris sous le n°350 701 272, dont le siège social est sis, 40 avenue George V à Paris (75008), agissant poursuites et diligences de ses représentants légaux domiciliés audit siège en cette qualité.

Ayant pour avocat Maître Cédric FISCHER, avocat au barreau de Paris, 67, boulevard Malesherbes  75008 Paris

Lequel préalablement aux constatations ci après m'a exposé

1

Qu'il est de l'intérêt de la société GETMA International de faire constater l'existence et la teneur d'une interview du Président de la République de Guinée, le professeur Alpha CONDE actuellement diffusée sur Internet au travers du site de la chaîne de télévision France 24 et d'assurer la transcription intégrale de cette interview.

Que cette interview est publiée sur le site Internet de France 24 à l'adresse suivante :

http://www.france24.com/fr/20120204-fr-entretien-alpha-conde-president-republique-guinee-port-conakry-bollore-elections-legislatives-massacres-justice

C'est pourquoi il me requiert pour la sauvegarde des droits et intérêts de la société GETMA International

- constater la mise en ligne de la vidéo de cette interview sur le site de la chaîne France 24
- de télécharger et d'enregistrer cette vidéo
- de procéder à la transcription intégrale des propos tenus et échangés entre la journaliste et Monsieur Alpha CONDE, Président de la République de Guinée

## DEFERANT A CETTE REQUISITION

Je, Maurice LOTTE, Huissier de Justice près le Tribunal de Grande Instance de Paris, y demeurant, 27, Boulevard des Italiens, 75002 Paris, soussigné,

Me trouvant ce jour le **8 mars 2012 à 19 heures** en mon étude, j'ai procédé aux constatations suivantes :

## A/ Configuration du matériel et pré requis à mes constatations

Les constatations sont réalisées depuis mon ordinateur personnel répondant aux caractéristiques suivantes

Cet ordinateur connecté au serveur réseau dispose d'un antivirus développé par McAfee, modèle Virus Scan Enterprise + AntiSpyware Enterprise, version 8.7.0i, mis à jour le 7 mars 2012.



L'accès au réseau étendu est assuré par un modem routeur connecté au serveur de modèle NETGEAR – N300/DGN 3500

Les constatations sont assurées sur mon PC personnel utilisant un système d'exploitation Microsoft Windows XP Pro – Service Pack 3, équipé d'une connexion Internet ADSL haut débit fourni par Orange (contrat n° 100148812) et des navigateurs Internet Explorer version 8.0 et Mozilla Firefox 8.0.1.

La résolution d'écran pour les captures et impressions est de 1280 x 1024 pixels

Pour la détermination de mes adresses LAN IP et WAN IP de connexion, j'ai lancé depuis mon poste l'application IP2.exe qui ouvre la fenêtre d'information suivante

Ces informations sont confirmées par les données recueillies sur le site www.cnil.fr et par la page http://www.cnil.fr/vos-libertes/vos-traces/votre-ordinateur/

La démo
Saviez-vous que l'adresse IP de votre machine est :
193.251.79.184
Le nom d'hôte associé à votre adresse IP :
LMontsouris-156-25-36-184.w193-251.abo.wanadoo.fr
Nous pouvons voir que votre ordinateur utilise le système d'exploitation :
Windows XP
Votre navigateur est :
Internet Explorer 8.0
Votre écran a une résolution de :
1280x1024 pixels.
Pour accéder à cette page, vous avez cliqué sur un lien dans la page :

http://www.cnil.fr/vos-libertes/vos-traces/

Par la commande ipconfig/all lancée à l'invite de commande, j'accède aux informations suivantes identifiant mon réseau Ethernet lié aux réseaux local et Internet (adresses IP, DHCP, DNS et passerelle).



Préalablement à mes constatations j'ai supprimé sur mon ordinateur depuis une page vierge l'intégralité des fichiers Internet temporaires du navigateur, ainsi que les « cookies » et effacé l'ensemble des historiques de connexions antérieures, mots de passe enregistrés et les données de formulaires Web ceci pour garantir que les conditions d'accès sur le site Internet consulté et sur lequel les constatations seront faites sont identiques à celles d'un internaute qui les consulte pour la première fois.

J'ai avant toute connexion Internet procédé à un vidage de la corbeille.

Je me suis ensuite assuré qu'aucun Cédérom, clé USB, ou disque externe n'est placé dans les lecteurs.

4



Cette procédure sera renouvelée à chaque consultation d'un même site ou d'un site différent suivant les nécessités des constatations.

Cet ordinateur n'utilise pas de connexion vers un serveur Proxy et n'est pas configuré à cet effet, l'option étant désactivée.

Les paramètres de connexion sont enregistrés pour permettre l'affichage de la version la plus récente de la page à chaque visite de celle ci et sans durée de conservation des pages affichées.



Vérifions enfin que la date et l'heure affichée par l'horloge du système d'exploitation du PC correspondent bien à celles du jour des constatations et lançons une synchronisation avec un serveur de temps Internet.



Nous utiliserons pour les captures et sauvegarde des pages du ou des sites consultés le logiciel PDF-Xchange, permettant la conversion de l'intégralité du contenu de chaque page au format .pdf à partir duquel nous réaliserons l'impression.



Les pages imprimées sont paramétrées pour conserver l'url de la page et la date de conversion. Les insertions de captures d'écran seront réalisées par commandes clavier (Imp écr / Ctrl + V)

**B/ Constatations sur le site "www.france24.com".**

Je me suis connecté sur le moteur de recherche "Google.fr" dans lequel j'ai saisi dans la barre de recherche la requête *"france24 conde president"* et constate que s'affiche la première page de résultats suivante que j'ai insérée ci dessous et imprimée pour être annexée au présent procès verbal (annexe 1)



Dans cette page de résultats je constate qu'est présenté en première position le résultat suivant

Alpha Condé, President de la République de Guinée - FRANCE 24
www.france24.com/.../20120204-fr-entretien-alpha-conde-president-
6 févr. 2012 - Fatimata Ware-Sagna rencontre Alpha Condé, le Président de la
République de Guinée, il revient sur les prochaines élections législatives du ...

Depuis le lien associé à ce résultat je constate que j'ouvre une nouvelle page sous l'url http://www.france24.com/fr/20120204-fr-entretien-alpha-conde-president-republique-guinee-port-conakry-hollure-elections-legislatives-massacres-justice, que j'ai insérée ci-dessous et imprimée pour être annexée au présent procès verbal (annexe 2)

7



Je constate que cette page diffuse sur le site de la chaîne France 24 une interview du Président de la République de Guinée, Monsieur Alpha Condé mise en ligne depuis le 6 février 2012.



A partir de cette page j'ai ouvert le lecteur vidéo multimédia associé et lance la diffusion d'une interview d'une durée de 11'29'' entre le Président de la République de Guinée et la journaliste Madame Fatima Wane-Sagna que j'ai téléchargé et enregistré dans un répertoire de destination créé pour les besoins de mes constatations.





A partir du fichier téléchargé et enregistré sous le nom «*Alpha Condé, Président de la République de Guinée - FRANCE 242.flv*» j'ai procédé à sa transcription intégrale et littérale ci-dessous.

9

**Fatimata WANE-SAGNA, journaliste France24 :**

Bienvenue dans l'entretien de France24.

Aujourd'hui, nous sommes reçus par le Président de la République de Guinée Conakry dans son palais, Monsieur Alpha CONDÉ.

Monsieur le Président, bonjour et merci de nous recevoir.

**Alpha CONDÉ, Président de la République de Guinée Conakry :**

Bonjour, soyez les bienvenus en Guinée.

**France24 :**

Merci. Vous êtes le premier Président élu au terme des premières élections libres et démocratiques, il y a de cela un an après près de 50 ans de dictature civilo militaire.
Vous n'êtes pas sans savoir que des élections législatives sont un signal très fort pour les investisseurs, justement, qui de nature à les rassurer, qui, ce serait indispensable quasiment pour asseoir définitivement la démocratie dans le pays. Pourtant, ces élections législatives qui étaient prévues il y a plus de 6 mois n'ont toujours pas lieu et sont toujours reportées.
Que pouvez-vous nous dire là-dessus ?

**Alpha CONDÉ :**

Vous savez, dire que les élections étaient prévues pour 6 mois, ce n'est pas exact. Nous avons voulu, pour faire les élections, obtenir le maximum de consensus possible, ce qui n'avait pas été très facile. Nous avons fixé une date. Nous sommes revenus là-dessus. Bien que nous sommes issus de l'armée. Moi-même j'ai reçu tous les leaders politiques et j'ai demandé au gouvernement de mettre en place une structure de dialogue. Quand je reçois des leaders, ils me disent qu'ils ne sont pas dans l'opposition, que l'opposition, cela sert après, après les élections législatives. Donc, nous voulons des élections libres, démocratiques, transparentes mais inclusives. Donc, nous allons tout faire pour que le dialogue politique, si possible, aboutisse à un consensus, sinon à un large... en tout cas, à une grande acceptation de majorité pour aller aux élections rapidement parce que nous savons que ...

**France24 :**

Est-ce que vous avez un calendrier ? Est-ce que vous avez un calendrier pour ces élections ?

**Alpha CONDÉ :**

Le calendrier doit être fixé, on a une CENI indépendante, c'est la CENI qui va proposer un calendrier, donc ce n'est pas le gouvernement qui va proposer un calendrier, c'est la CENI puisque c'est une commission électorale indépendante, la CENI va très prochainement nous proposer un calendrier et que nous allons entériner. Et nous espérons que cela va se faire très vite.

**France24 :**

Et certains d'ailleurs disent que si vous tardez à organiser ces fameuses élections, c'est parce que vous auriez peur de les perdre, rappelant, par exemple, que vous n'avez obtenu que 18 % au premier tour des présidentielles et que dans cette configuration, vous n'avez aucune chance d'obtenir la majorité aux élections législatives, et c'est pour cela que vous traînez. Que leur répondez-vous ?

**Alpha CONDÉ :**

Vous savez, s'il y a quelqu'un qui est pressé pour organiser les élections, c'est bien moi. Pourquoi j'ai obtenu 18 % au premier tour, mais j'ai tout de suite dit que j'allais gagner.
Mais si on avait organisé les élections dans les 15 jours, c'est évident que j'aurais perdu. Parce qu'on connaît dans quelles conditions les élections ont été organisées. C'est pour cela qu'on a exigé qu'un certain nombre de paradoxes soient résolus. Aujourd'hui, tout le monde sait qu'il y a un Président de la République et on connaît aujourd'hui l'évolution des rapports de force sur le terrain. Donc moi, je suis plus pressé que tout le monde.
Ceux qui le disent ne connaissent pas la réalité guinéenne. Moi je sais aujourd'hui, c'est le peuple guinéen sait maintenant ce que je fais par rapport au... à tout ce que les autres ont fait, qui ont gouverné. Et si vous interrogez le peuple, vous verrez ce qu'il pense.
J'ai fait des mesures qui sont des mesures importantes pour redresser le pays, mais qui ne donnent pas des résultats tout de suite dans le panier de la ménagère. Pendant 50 ans, on n'a pas d'électricité, on ne va pas me demander de redresser cela en un an.
Je veux d'abord poser les bases et quand j'envoie de l'électricité c'est pour l'amener définitivement, c'est à dire régler le problème du transport, de la distribution, etc.

**France24 :**

Votre première déclaration en tant que premier Président élu, a été au sujet de la réconciliation nationale. Pourtant, depuis votre élection, beaucoup de vos compatriotes, et en particulier, ceux appartenant à l'ethnie majoritaire peul, se plaignent de discriminations à leur encontre, dans les administrations, dans les entreprises publiques, que pouvez-vous leur dire et que comptez-vous faire véritablement contre cela ?

**Alpha CONDÉ :**

Bon, vous commettez une erreur en disant ethnie majoritaire ! Je pense que vous ne connaissez pas...

**France24 :**

Selon les statistiques officielles.

**Alpha CONDÉ :**

Mais non, ce ne sont pas les statistiques officielles, Madame, je suis désolé. Regardez les statistiques officielles, si vous voulez, je vais vous les donner. Deuxièmement, la réconciliation nationale, nous avons mis en place une commission présidée par Monseigneur Coulibaly qui est l'archevêque et le grand Imam.

Vous êtes à Conakry, vous vous promenez, c'est simple, vous pouvez voir si des gens sont poursuivis, s'il y a des ethnies qui sont poursuivies, etc., entre ce qui est dit. Si vous venez en Guinée, je préfère que vous voyiez vous-même. Je pense que vous pouvez, vous-même, avoir la réponse à cette question. Aujourd'hui, nous avons les deux présidents au Congo qu'il y a une réunion, avec toutes les organisations des droits de l'homme du monde, ils sont tous venus, ils ont exposé. Vous savez, nous n'avons rien à cacher. Donc...

**France24 :**

Mais certains membres de vos administrations, peut-être pas vous directement, certains membres de vos administrations, certains de vos administrés se plaignent d'être discriminés à l'embauche ou ont été écartés des postes, etc.

**Alpha CONDÉ :**

Mais enfin, Madame, c'est un changement de régime. C'est l'opposition qui est arrivée au pouvoir. Enfin, vous trouvez normal que quand les républicains viennent au pouvoir qu'ils changent les démocrates, quand la droite vient au pouvoir, elle change les hommes de gauche. Moi, je suis un opposant depuis 40 ans, c'est l'opposition qui est venue au pouvoir.

**France24 :**

Donc, vous pouvez dire que ce n'est pas...

**Alpha CONDÉ :**

Donc, je dois nommer d'abord les gens qui sont d'accord avec moi, avec ma politique, qui veulent appliquer ma politique.

**France24 :**

Donc, ce n'est pas sur des bases ethniques ?

**Alpha CONDÉ :**

Ce n'est pas ?

**France24 :**

Ce n'est pas sur des bases ethniques ? Ils sont écartés...

**Alpha CONDÉ :**

Ce n'est pas sur des bases ethniques, c'est un changement politique, ce n'est pas un changement de gouvernement, c'est un changement de régime.
Moi, j'ai été opposant à tous les régimes, je n'ai jamais appartenu à un gouvernement, mon parti n'a jamais appartenu à un gouvernement, j'étais toujours opposant.

Donc, quand je gagne, c'est avec tout le monde, mais je dois gouverner avec les gens qui sont d'accord avec ma politique, pas avec ceux qui ne le sont pas, ceux qui viendront pour saboter ma politique, c'est un changement de régime.

**France24 :**

Vous êtes, vous l'avez rappelé, un combattant de tous les régimes précédents, vous avez 50 ans de combat politique à votre actif, vous avez lutté pour la démocratie et contre la corruption, vous êtes professeur de droit - je le rappelle. Et pourtant, au lendemain de votre élection, il y a une décision qui a surpris un peu tout le monde, la communauté internationale y comprise, vous avez dénoncé un contrat passé avec un exploitant français qui exploitait le Port autonome de Conakry, GETMA, et vous l'avez attribué par décret quasiment au lendemain à cette entreprise qui s'appelle BOLLORÉ qui est une autre entreprise française qui est très connue en France, une entreprise qui aurait participé via une de ses filiales à votre campagne électorale.

Alors, je vous pose la question, au-delà de l'aspect juridique, je sais que vous êtes un professeur de droit, n'avez-vous pas peur de l'image que cela renvoie de votre action ?

**Alpha CONDÉ :**

Avant mon élection, j'avais dit à des amis qui avaient soutenu que si je gagne, j'allais annuler ce contrat.

Demandez à n'importe quel guinéen dans quel contexte ce contrat a été passé.

Et avant que je n'arrive, le Conseil d'administration du port avait annulé, avait demandé au gouvernement d'annuler le contrat, et le Président CONTE avait suspendu le contrat.

Lorsque le Président Dadis est venu, il a maintenu la suspension.

Cette intervention accélère que la suspension a été remise. Cette entreprise n'a fait aucun investissement au port, allez regarder le port.

Donc, ils ont passé le contrat en mentant, en disant qu'ils géraient beaucoup de ports, alors qu'ils ne géraient de ports nulle part.

Donc, ce contrat, j'avais dit dès le départ que ce contrat était contre les intérêts de la Guinée.

Et à partir du moment où, lorsqu'il était prévu que si le premier n'a pas le contrat, c'est le deuxième qui l'a, le deuxième, c'est BOLLORÉ, et le troisième MAERSK se sont entendus, on leur a donné le contrat, et regardez aujourd'hui les travaux au port, ce qui est en train de se faire par rapport à il y a quelques années.

**France24 :**

Mais pourquoi ne pas avoir réorganisé un appel d'offres avec un contrat plus...

**Alpha CONDÉ :**

Mais on n'avait pas besoin d'organiser un appel d'offres parce qu'il était dit dans l'appel d'offres que si le premier est défaillant, c'est automatiquement le deuxième qui a le contrat. Donc, on n'a pas besoin d'organiser un appel d'offres.

**France24 :**

Mais vous n'aviez pas l'objectif de réécrire un contrat qui soit plus conforme avec les besoins et l'attente du pays ?

**Alpha CONDÉ :**

Si, on a réécrit le contrat, la preuve, je vais vous donner pour votre information le contrat signé par GETMA et le contrat signé par BOLLORÉ.

**France24 :**

Il est très différent.?

**Alpha CONDÉ :**

Vous verrez, on n'a pas reconduit le contrat de GETMA, on a fait d'énormes modifications dans la concession non seulement du port à conteneurs mais d'un chemin de fer pour créer le port sec à Kagbelen, etc., je pense que je vais vous donner les deux contrats, vous allez apprécier les deux contrats.

**France24 :**

Vous avez entrepris un chantier colossal de rétablissement d'un nouveau visage de l'armée. Vous l'avez rappelé, cette armée avait une très mauvaise réputation dans le pays, avec des massacres, des brutalités, des exactions, et vous avez engagé une réforme de fond. Pourtant, certains disent que cette réforme, elle ne peut pas être complète sans que justice soit rendue. Et pour que justice soit rendue, il y a des personnes qui ont été victimes – je pense par exemple au massacre du 28 septembre dans le stade – et ces gens ne sont toujours pas inquiétés par la justice et certains d'entre eux sont dans votre gouvernement.

**Alpha CONDÉ :**

Mais si vous connaissez l'histoire de la Guinée avant de parler du 28 septembre.

**France24 :**

C'est un exemple récent, il y beaucoup d'autres exemples.

**Alpha CONDÉ :**

S'il vous plaît, parlez du camp Boiro, et moi, je dis que la Guinée, nous devons avoir le courage de nous regarder en face, de regarder notre histoire. La Guinée, ce n'est pas que le 28 septembre, il y a eu le camp Boiro, il y a eu 1985, il y a eu les massacres de 2006 et 2007 des syndicats, etc.
Notre objectif, c'est de rendre justice à toutes les victimes guinéennes, pas seulement le 28 septembre, il ne s'agit pas de médiatiser le 28 septembre ou d'oublier, vous êtes jeune mais vous avez quand même entendu parler du camp Boiro.

**France24 :**

Absolument, 50.000 morts, je me rappelle.

**Alpha CONDÉ :**

Un mort égal un mort. Nous nous disons que nous devons... mais vous savez, en Guinée, le drame, c'est que ceux qui ont été victimes à un moment donné ont été bourreaux.
Nous voulons rendre la justice à tous les guinéens.
Et le problème des massacres, c'est d'abord le fait de la classe politique parce que c'est la classe politique qui a créé cette armée. Pourquoi cette armée est en train devenir républicaine ? Donc, si on doit rendre justice, on doit rendre justice, c'est pourquoi nous voulons que toutes les victimes guinéennes soient rétablies.
On ne peut pas réveiller les morts mais si on rend justice à leur famille, cela les amène à pardonner, mais il n'y a pas que le 28 septembre, parlez du camp Boiro.

**France24 :**

C'est un exemple récent, on le cite simplement parce que des gens impliqués dans ce massacre font partie de votre gouvernement aujourd'hui, et c'est pour cela qu'on les cite.

**Alpha CONDÉ :**

Mais non, aucun... vous savez, en droit, tant que vous n'êtes pas condamné, vous êtes considéré comme innocent. Pour le moment, aucun militaire n'est condamné.
Pourquoi voulez-vous que je condamne des gens qui n'ont pas été condamnés par la justice ? En plus, ils ne sont pas membre du gouvernement.
Dans le gouvernement, les gens confondent les conseillers ou les gens qui ont le rôle dans le maintien de l'ordre et le gouvernement. Il faut qu'on laisse les guinéens assumer leur histoire, assumer leurs erreurs, parce qu'un pays a ses avantages mais aussi à ses crimes, nous devons assumer tous les crimes en Guinée et nous devons chercher à réconcilier tous les guinéens et à rendre justice à tous les gens qui ont été victimes.

**France24 :**

Merci, merci Monsieur le Président de nous avoir reçus.

Merci à vous d'avoir suivi cet entretien. Restez avec nous sur France 24 pour la suite de nos programmes.

Fin de l'interview.

Telles sont mes constatations desquelles j'ai fait et dressé le présent procès verbal de constat auquel j'ai annexé l'ensemble des pages visualisées et imprimées pour être placées en annexes et sur lesquelles j'ai apposé la mention *"Annexée à mon procès verbal dressé le 8 mars 2012 à la requête de la société Getma International "*

Le présent procès verbal est établi sur 16 feuilles et 2 annexes.



acte soumis à la taxe sur les actes
d'huissiers de justice (art 302bis Y du CGI)

16

Google

france24 conde president

Recherche

Images
Maps
Vidéos
Actualités
Shopping
Plus

Changer le lieu

Courtes (0-4 mn)
Moyennes (4-20 mn)
Longues (20 mn ou +)

Pages en français
Pays   France
Pages en langue
étrangère traduites
Plus d'outils

Alpha Condé, Président de la République de Guinée - FRANCE 24
www.france24.com/.../20120317-en-twvien-alpha-conde-president/
Il y a 3 j. : Fatimata Wane-Sagna rencontre Alpha Condé, le Président de la
République de Guinée. Il revient sur les prochaines elections législatives du ...

Alpha Condé, Président de la République de Guinée - FRANCE 24
www.france24.com/.../20110259-emission-alpha-conde/
5 fevr 201  1: mn
Marc Pereiman reçoit Alpha Condé lors du sommet de l'Union
Africaine à Addis Abeba  en Éthiopie  Les membres ...

La résidence du président Alpha Condé prise pour cible ... - France 24
www.france24.com/.../20110719-residence-president/
18 jui 201 1 - 5 s
Un commando lourdement armé a attaqué la résidence du
président guinéen Alpha Condé  ce mardi  à Conakry ...

La Guinée, un an après l'élection d'Alpha Condé - FRANCE 24
www.france24.com/.../20120317-reportere-guinee-co
17 nov 201 - 7 : :
FRANCE 24 l'actualité  internationale en d rect La Guinée  un ....
1 an de l'election du President ALPHA CONDE ...

Arrestation de hauts gradés après l'attaque de la ... - France 24
www.france24.com/.../20110720-cavp-fas-mdauras
20 j : 201 0 - 1 : mn
Les autorités guinéennes ont arrêté 37 militaires su te à l'attaque
de la résidence du président Alpha Condé par un ...

Autres vidéos pour france24 conde président »

Guinée Conakry : Le président Alpha Condé appelle à l'ursur...
www.centrafriquelive.asll.com/.../guinee-conakry-le-president-alpha-co
Guinée Conakry  Le président Alpha Condé appelle à l'un on national e   France 24
Tweeter  1, 2, 3  4, 5  Aucune note  Soyez le premier à attribuer une note

Alpha Condé, Président de la République de Guinée au micro de...
www.nazamsamedios.com/videos/75/-191
1 nov 201:  Alpha Condé  Président de la République de Guinée au m cro de
France24  Marc Pereiman reçoit Alpha Condé lors du sommet de l'Union ...

Alpha Condé sur France 24 - guinee sud.om
www.guineesud.com/acuueil/-santé.../alpha-condé-sur-france-24/
RADIOGUINEESUD (débats  001 209 847 14 00 code  265958 Contact : 338 51 ...
Ambassadeurs présentent des lettres de créance au Président Alpha Condé ...

Le président Alpha Condé à France 24   « Aujourd'hui, les guinéens ...
www.saleanfin.com/node/581
11 nov 201  Le président Alpha Condé à France 24  « Aujourd'hui  les guinéens
doivent se regarder en face dans le miroir. Et s'accepter tels qu'ils sont

L'Entretien de France 24 | Facebook
fr.facebook.com/FRANCE24.Entretien
Dans L'Entretien de France 24 Fatimata Wane-Sagna rencontre Alpha Condé  le
Président de la République de Guinée. Il revient sur ses prochaines élections ...

Go o g e >
1  2  3  4  5  6  7  8  9  10       Suivant

Recherche avancée    Aide pour la recherche    Envoyez-nous vos commentaires    Google.com en English

Accueil Google    Solutions publicitaires    Solutions d'entreprise
Confidentialité    À propos de Google