IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration of Certain Controversies between<br><br>**GETMA INTERNATIONAL**,<br><br>Petitioner,<br><br>and<br><br>**THE REPUBLIC OF GUINEA**,<br><br>Respondent. | Civil Action No. 1:14-cv-01616-RBW |

## JOINT STATUS REPORT

Petitioner Getma International ("Getma") and Respondent The Republic of Guinea ("Guinea"), by and through their undersigned counsel, hereby submit this Joint Status Report concerning the status of annulment proceedings before the Common Court of Justice and Arbitration of the *Organisation pour l' Harmonisation en Afrique du Droit des Affaires* (the "CCJA") concerning the arbitral award that Getma seeks to confirm in the above-captioned proceeding (the "Award").

1. On November 3, 2015, the Court granted Guinea's motion to stay this proceeding pending annulment proceedings before the CCJA in Abidjan, Côte d'Ivoire, the seat of arbitration.  ECF Nos. 27-28.  The Court stayed this proceeding until April 30, 2016 and scheduled a status conference for May 2, 2016.  *Id*.

2. In decision No. 139-2015 dated November 19, 2015 and issued in written form on December 1, 2015 (the "CCJA Ruling"), the CCJA annulled the Award on the basis that the

arbitral tribunal failed to comply with the applicable CCJA Arbitration Rules concerning the setting of the tribunal's fees.  A copy of the CCJA Ruling and a certified English translation thereof is attached hereto as Exhibit A.

3. Getma intends to proceed with its petition to confirm the Award in this Court. Getma's position is that the Award should be confirmed given the facts, under case law permitting U.S. courts under Article V(1)(e) of the Convention on the Recognition and Enforcement of Foreign Arbitral Awards (the "New York Convention") to recognize and enforce an annulled foreign arbitral award when the foreign court annulment decision is repugnant to U.S. public policy.  *See, e.g.*, *TermoRio S.A. E.S.P. v. Electranta S.P.*, 487 F.3d 928, 938 (D.C. Cir. 2007).  On the other hand, Guinea's position is that the CCJA Ruling is dispositive as to Getma's petition, and that the petition must be denied under Article V(1)(e) of the New York Convention and the D.C. Circuit's ruling in *TermoRio*.  *Id*. at 936-939.

4. The parties now ask whether, instead of participating in the status hearing currently set for May 2, 2016, that they be permitted to provide the Court with supplemental briefing to address the impact of the CCJA Ruling on the matters before the Court.  If the Court agrees, the parties will promptly confer and endeavor to submit a proposed briefing schedule for the Court's review.  Should the Court wish to hold a conference with the parties prior to any supplemental briefing, the parties are available at the Court's convenience.

Dated: December 22, 2015

        Respectfully submitted,

        /s/ Jeffrey M. Prokop
        Jeffrey M. Prokop (D.C. Bar. No. 992687)
        Brooke Daley (D.C. Bar. No. 1013387)
        ORRICK HERRINGTON & SUTCLIFFE LLP
        1152 15th St. N.W.
        Washington, D.C. 20005
        Telephone: (202) 339-8400
        Fax: (202) 339-8500

        *Attorneys for Respondent*
        *The Republic of Guinea*


        /s/ Allen B. Green
        Allen B. Green (D.C. Bar No. 222158)
        William T. O'Brien (D.C. Bar No. 450891)
        Ivan W. Bilaniuk (D.C. Bar. No. 494315)
        Dentons US LLP
        1900 K Street, N.W.
        Washington, D.C. 20006
        Telephone:  (202) 496-7500
        Fax:  (202) 496-7756

        *Attorneys for Petitioner*
        *Getma International*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 22nd day of December 2015, I electronically filed the foregoing JOINT STATUS REPORT via the Court's CM/ECF system, which will automatically serve counsel of record.

      /s/ Jeffrey M. Prokop
Jeffrey M. Prokop (D.C. Bar. No. 992687)
ORRICK HERRINGTON & SUTCLIFFE LLP
1152 15th St. N.W.
Washington, D.C. 20005
Telephone: (202) 339-8400
Fax: (202) 339-8500

*Attorneys for Respondent*
*The Republic of Guinea*