IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration of Certain Controversies between<br><br>**GETMA INTERNATIONAL,**<br><br>Petitioner,<br><br>and<br><br>**THE REPUBLIC OF GUINEA,**<br><br>Respondent. | Civil Action No. 1:14-cv-01616-RBW<br><br>**THIRD DECLARATION OF JEFFREY M. PROKOP IN OPPOSITION TO PETITION TO CONFIRM AWARD** |

JEFFREY M. PROKOP declares the following to be true, pursuant to the provisions of 28 U.S.C. § 1746:

1. I am a member of the Bar of this Court, a partner of the firm Orrick, Herrington & Sutcliffe LLP, and counsel to Respondent the Republic of Guinea ("Guinea") in the above-entitled action. I submit this Declaration in support of Guinea's Revised Memorandum of Points and Authorities in Opposition to Getma International's ("Getma") Petition to Confirm, and to submit copies of foreign authorities cited therein.

2. Annexed hereto as Exhibit 1 is a true and correct copy of Réglement No. 01/2014/CM/OHADA, *Portant modalités de sélection et d'élection des juges de la Cour Commun de Justice et d'Arbitrage de l'OHADA*, dated July 25, 2014 (in English, Regulation No. 01/2014/CM/OHADA on the Nomination and Election of Judges to the Common Court of Justice and Arbitration ("CCJA") of the *Organisation pour l'Harmonisation de Droit d'Affaires en Afrique* (the Organization for the Harmonization of Business Law in Africa, or "OHADA"), together with an English translation thereof.

1

3. Annexed hereto as Exhibit 2 is a true and correct copy of the CCJA's November 29, 2011 ruling in *Republic of Mali v. Société ABS International Corp. Ltd*, case No. 011/2011, together with an English translation thereof.

4. Annexed hereto as Exhibit 3 is a true and correct copy of the CCJA's June 19, 2003 ruling in *Delpech v. Société SOCTACI*, case No. 010/2003, together with an English translation thereof.

5. Annexed hereto as Exhibit 4 is a true and correct copy of the Paris Court of Appeal's December 19, 1996 ruling in *Société Qualiconsult et autres v. Groupe Lincoln*, as well as commentary on the case by Charles Jarrosson, together with an English translation thereof.

6. Annexed hereto as Exhibit 5 is a true and correct copy of the Paris Court of Appeal's July 1, 1999 ruling in *Société Braspetro Oil Services Company (Brasoil) v. GMRA*, case no. 1998/24637, together with an English translation thereof.

7. Annexed hereto as Exhibit 6 is a true and correct copy of the French Court of Cassation's March 5, 2008 ruling in *République du Congo v. Qwinzy Capital Group et Qwinzy Nominee*, case no. 06-21684, together with an English translation thereof.

8. Annexed hereto as Exhibit 7 is a true and correct copy of a note authored by Pierre Duprey in the 2009 *Revue de l'arbitrage* concerning the French Court of Cassation's March 5, 2008 ruling in *République du Congo v. Qwinzy Capital Group et Qwinzy Nominee*, together with an English translation thereof.

9. Annexed hereto as Exhibit 8 is a true and correct copy of a note authored by Thierry Bernard appearing in the *Chronique de Jurisprudence Française* concerning the Paris Court of Appeal's and the French Court of Cassation's rulings dated 1979 and 1981,

respectively, in *Riplon Georget Freitag Company v. Henry Clarks & Sons Company*, together with an English translation thereof.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed in Washington, D.C. on April 6, 2016.

_____<br>
Jeffrey M. Prokop